

Case 6:16-cv-02078-LRR-JSS   Document 3-1   Filed 07/11/16   Page 1 of 1