

United States Department of Agriculture
Animal and Plant Health Inspection Service

344151555030004  insp_id
HCOLE

# Inspection Report

Pamela J Sellner
Tom J Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**
Certificate: **42-C-0084**
Site: **001**

TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION
Date: Dec-10-2015

**3.131    (a)                        REPEAT**
**SANITATION.**

Cleaning of enclosures.

There are multiple enclosures that have a build-up of food waste and/or animal waste within the enclosure.

There is one enclosure with twenty degus that has a build-up of feces and/or food waste on the floor of the enclosure. The waste is mainly located on one shelf and the ramp between that shelf and the next lower shelf. The waste covers nearly the entire floor of the shelf. In some areas the feces/waste is compacted and in some areas it is wet.

There is a thick build-up of brown to black grime located on a section of one wall and one area of the door frame within the coati mundi enclosure. The grime is thick and there is a small amount of bedding stuck to the soiled area on the door frame.

The capybara enclosure has an excessive amount of food and/or animal waste throughout nearly the entire floor of the enclosure. In some areas the bedding that covers the floor is wet and/or soiled with urine, feces, and/or food waste. Some of the food is fresh, but there is a significant amount of waste from old decaying food mixed in with the bedding.

Failure to clean animal enclosures can lead to health hazards, pests and odors. Primary enclosures shall be cleaned and excreta and food waste shall be removed in order to prevent contamination of the animals contained therein and to minimize disease hazards, pests and odors.

Inspection and exit briefing conducted with ACI Chad Moore, VMO Heather Cole and the Owner.

Prepared By: HEATHER COLE, V M O
HEATHER COLE, V M O    USDA, APHIS, Animal Care    Date: Dec-10-2015
Title: VETERINARY MEDICAL OFFICER Inspector 6026

Received By: (b)(6),(b)(7)(c)    Date: Dec-10-2015
Title: