

United States Department of Agriculture
Animal and Plant Health Inspection Service

60161730500206 insp_id
HCOLE

# Inspection Report

Pamela J Sellner
Tom J Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**
Certificate: **42-C-0084**
Site: **001**
TOM & PAMELA SELLNER

Type: ATTEMPTED INSPECTION
Date: Feb-29-2016

## 2.126 (b)
**ACCESS AND INSPECTION OF RECORDS AND PROPERTY; SUBMISSION OF ITINERARIES.**

A responsible adult was not available to accompany APHIS Officials during the inspection process at approximately 11:30 am on 02/29/2016.

The inspectors spoke with the licensee and the licensee stated that they had to leave for an appointment. The inspectors let the licensee know that an attempted inspection would be written.

Prepared By: HEATHER COLE, V M O
HEATHER COLE, V M O          USDA, APHIS, Animal Care          Date: Feb-29-2016
Title: VETERINARY MEDICAL OFFICER Inspector 6026

Received By: (b)(6),(b)(7)(c)
Title:                                                          Date: Feb-29-2016

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf