

# Inspection Report

Pamela J Sellner
Tom J Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**
Certificate: **42-C-0084**
Site: 001
TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION
Date: Apr-14-2016

## 2.40 (b) (2)
**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

A brown wether goat had front hooves that were overgrown and curled sideways and it was walking stiffly on its front legs. The licensee reported that the goat had been trimmed in December 2015 and that the facility planned to trim his hooves soon. If left uncorrected, overgrown hooves can be painful and cause other parts of the animals legs to begin to have problems and pain. Ensure that animals' hooves are trimmed and maintained before the animals' ability to walk normal is affected.

Note: Licensee trimmed this animal's hooves prior to the exit interview.

## 3.83
**WATERING.**

Three dead flies and a build up of green material were present inside of the macaques' water receptacle during the time of inspection. Dead flies and green material are sources of contamination and could make animals sick.

Thoroughly clean and sanitize the macaques' water receptacle to assure that the animals have clean, potable drinking water.

To be corrected: 4-15-16

## 3.131 (d)
**SANITATION.**

Excessive amounts of black flies and fruit flies are present inside of the educational building. The flies were observed near, in, and on the animals' enclosures. Fly spray, a single sticky fly trap, and fly bait are currently being used at the facility, however; these methods are not effectively controlling the fly population. Flies can carry and spread disease.

Establish and maintain an effective program to control the flies at the facility to promote animal health.

To be corrected: 4-21-16

Prepared By: CHAD MOORE, A C I
Title: CHAD T MOORE, A C I   USDA, APHIS, Animal Care
ANIMAL CARE INSPECTOR   Inspector 1046
Date: Apr-14-2016

Received By: (b)(6),(b)(7)(c)
Title:
Date: Apr-14-2016



United States Department of Agriculture
Animal and Plant Health Inspection Service

105161612230541  insp_id

## Inspection Report

Chad Moore ACI and Scott Welch VMO conducted the inspection and exit briefing with the facility owner.

| | | | |
|---|---|---|---|
| **Prepared By:** | CHAD MOORE, A C I | | |
| | CHAD T MOORE, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector 1046 | Apr-14-2016 |
| **Received By:** | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Apr-14-2016 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf