Daniel J. Anderson (IA Bar No. 20215)
WERTZ, DAKE & ANDERSON
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone: (319) 861-3001
Facsimile: (319) 861-3007
danderson@wertzlaw.com

Jessica L. Blome (MO Bar No. 59710) *Pro Hac Vice Pending*
Jeffrey D. Pierce (CA Bar No. 293085) *Pro Hac Vice Pending*
ANIMAL LEGAL DEFENSE FUND
170 E. Cotati Avenue
Cotati, CA 94931
Telephone: (707) 795-2533
Facsimile: (707) 795-7280
jblome@aldf.org
jpierce@aldf.org

David J. Stagman (IL Bar No. 6217440) *Pro Hac Vice Pending*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 577-4416
david.stagman@kattenlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRISTINE A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual; and ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>Defendants. | Case No. 16-CV-2078<br><br>**Affidavit of Megan Ross** |

1. My name is Megan Ross, I am over the age of 18, of sound mind, and have freely given the testimony set forth in this Affidavit. I reside in Evanston, Illinois, and I am Senior Vice President at the Lincoln Park Zoo in Chicago. I received my B.S. in biology and psychology from James Madison University in 1996. I received my M.S. and Ph.D. in psychology from the Georgia Institute of Technology in 1999 and 2001, respectively. My master's thesis evaluated the role that captive husbandry plays in pairing success in Chilean flamingos. My dissertation research, conducted at Lincoln Park Zoo, focused on the effects of ultraviolet light on bird behavior.

2. I began my tenure at the Lincoln Park Zoo in 2000 as the Hope B. McCormick Curator of Birds. In this role, I was responsible for creating the collection plan for bird species at the zoo, performing noninvasive behavioral research, and overseeing the bird department's operations. I also became coordinator of the Guam Rail Species Survival Plan (SSP) and Bali Mynah SSP, both critically endangered bird species. In 2006, I was promoted to general curator, overseeing different animal areas and animal records at the zoo. I was promoted to Vice President of Animal Care and Vice President of Animal Care and Education in 2010 and 2014 respectively. In April, 2016, I was promoted again to Senior Vice President. In this role, I oversee the animal, education, and buildings and grounds departments. I continue to conduct and oversee research related to my primary interests, including

animal welfare and applied animal behavior, and I have continued my role as coordinator for the Bali Mynah SSP.

3. In my role as Senior Vice President, I routinely observe the animals living at the Lincoln Park Zoo—including African Lions—to ensure they are being humanely treated, receiving adequate food and water, and obtaining necessary veterinary care. I supervise all of the staff at the Zoo responsible for animal husbandry, including our veterinary staff.

4. On July 1, 2016, I watched video footage of the animals at the Cricket Hollow Zoo taken on June 24, 2016. On July 6, 2016, I reviewed a court order dated February 11, 2016, describing treatment of endangered tigers and lemurs at the Cricket Hollow Zoo. I also read United States of Agriculture (USDA) inspection reports for the Cricket Hollow Zoo.

5. In the video, the African lioness appears thin, has poor body condition, and displays an abnormal posture. In my opinion these could be indicators of compromised wellbeing.

6. If the African Lioness has not yet been treated by a qualified veterinarian, then I recommend she be examined by a qualified veterinarian as soon as possible to provide an expert medical assessment.

7. I contacted both the coordinator and vice coordinator of the Association of Zoos and Aquariums (AZA) Species Survival Program (SSP) for lions on July 1 to see if there is any further assistance they may be able to offer.

Case 6:16-cv-02078-LRR-JSS   Document 3-5   Filed 07/11/16   Page 3 of 4

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. I authorize electronic signature of this affidavit and provide Plaintiffs' counsel with my original signature page.

/s/ *Megan Ross, PhD*
Megan Ross

Dated: July 6, 2016