Daniel J. Anderson (IA Bar No. 20215)
WERTZ, DAKE & ANDERSON
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone: (319) 861-3001
Facsimile: (319) 861-3007
danderson@wertzlaw.com

Jessica L. Blome (MO Bar No. 59710) *Pro Hac Vice Pending*
Jeffrey D. Pierce (CA Bar No. 293085) *Pro Hac Vice Pending*
ANIMAL LEGAL DEFENSE FUND
170 E. Cotati Avenue
Cotati, CA 94931
Telephone: (707) 795-2533
Facsimile: (707) 795-7280
jblome@aldf.org
jpierce@aldf.org

David J. Stagman (IL Bar No. 6217440) *Pro Hac Vice Pending*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 577-4416
david.stagman@kattenlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRISTINE A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual; and ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>Defendants. | Case No. 16-CV-2078<br><br>**Affidavit of Jeff Marlin** |

1. My name is Jeff Marlin, I am over the age of 18, of sound mind, and have freely given the testimony set forth in this Affidavit. I reside in Hiawatha, Iowa. I have taken my children to Cricket Hollow Zoo three times in the last two years, but this affidavit concerns only the most recent visit of June 24, 2016.

2. On June 24, 2016, I took my two young children and one of their friends to the Cricket Hollow Zoo, which is located at 1512 210th Street in Manchester, Delaware County, Iowa. The day was warm and sunny, with a temperature of around 82 degrees, although it could have been much warmer in the sun.

3. Upon our arrival at Cricket Hollow Zoo, we were charged $5 each to enter the zoo. We stayed for around an hour and visited several enclosures. There were no other patrons present while we were there.

4. We saw two ring-tailed lemurs, three different cages with baboons and monkeys, one bear by himself, two Kodiak bears, three other bears, one Siberian tiger, a male lion, and a female lion. I also took video of the different enclosures. As I toured the zoo, I became deeply concerned by the unsanitary conditions at the zoo and by the health of some of the animals there.

5. The most worrisome situation concerns a lioness possibly named Njarra. She was in such a terrible condition that both the children and myself feared that she would die at any moment. We didn't need to get too close to her cage to know that there was something terribly wrong with her, because she just stood in one corner of her cage shivering even though she was in direct sunlight. She also could not stand or walk properly. Both her hind legs were bent as if she wanted to sit, but she seemed to be too sore or agitated to do so. She was panting so hard that

I feared she was hyperventilating, but she was too weak to move to the shade. She just looked so sickly, we all thought she would die. A true and accurate copy of the video I made at the Cricket Hollow Zoo on June 24, 2016, is attached to this Affidavit as Exhibit 1. A true and accurate copy of the a still image from the video I took, showing Njarra in her sickly, nonambulatory state is attached to this Affidavit as Exhibit 1A.

6. Similar to the situation I witnessed in my previous visits to Cricket Hollow Zoo, the solitary male lion was pretty unresponsive. I've only ever seen him lying atop a structure. He never moves or appears to show any interest in life. I have never seen him on the ground, either walking or lying down.

7. The conditions in the cages I saw looked unchanged since the last time I was there. There were flies and feces everywhere, just like the last time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. I authorize electronic signature of this affidavit and provide Plaintiffs' counsel with my original signature page.

/s/ Jeff Marlin
Jeff Marlin

Dated: July 1, 2016