Daniel J. Anderson (IA Bar No. 20215)
WERTZ, DAKE & ANDERSON
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone: (319) 861-3001
Facsimile: (319) 861-3007
danderson@wertzlaw.com

Jessica L. Blome (MO Bar No. 59710) *Pro Hac Vice Pending*
Jeffrey D. Pierce (CA Bar No. 293085) *Pro Hac Vice Pending*
ANIMAL LEGAL DEFENSE FUND
170 E. Cotati Avenue
Cotati, CA 94931
Telephone: (707) 795-2533
Facsimile: (707) 795-7280
jblome@aldf.org
jpierce@aldf.org

David J. Stagman (IL Bar No. 6217440) *Pro Hac Vice Pending*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 577-4416
david.stagman@kattenlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRISTINE A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual; and ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>Defendants. | Case No. 16-CV-2078<br><br>**Affidavit of Pat Craig** |

1. My name is Pat Craig, I am over the age of 18, of sound mind, and have freely given the testimony set forth in this Affidavit. I reside on a farm outside of Boulder, Colorado, and I am the Executive Director of The Wild Animal Sanctuary (TWAS). I received my B.S. in education from the University of Northern Colorado and have received recognition and awards from many sources including the United States Department of Agriculture Honor Award for service above and beyond to the USDA, the American Veterinary Medical Association, the American Humane Association, and the E-Achievement Award from E-Town Environmental Radio Show. I was also a finalist in Animal Planet's "Hero of the Year" selections. In 2006, Mr. Craig was a finalist for Animal Planet's "Hero of the Year" award, and just last year the United Nations CLASSY Awards identified TWAS as a finalist for the best Animal & Wildlife Program in the world.

2. Since starting TWAS in 1980, I have attended myriad training courses on captive carnivore care and am now certified to train other animal owners in captive carnivore husbandry and transportation. In the past, I've trained USDA inspectors, U.S. Fish & Wildlife Service inspectors, and several local law enforcement officials in animal husbandry for large cats, including African Lions.

3. TWAS is a USDA-licensed exhibitor located on more than 700 acres in Keenesburg, Colorado; all 700 acres are used for animal habitat or habitat support buildings. TWAS has been rescuing and caring for tigers,

jaguars, lions, and leopards since I founded the Sanctuary in 1980. In the past five years, TWAS has rescued more than 300 animals. Currently, TWAS is home to 400 large carnivores. TWAS's main objective is to be a resource for law enforcement and animal welfare agencies that discover large carnivores in illegal or abusive situations. In fact, most of the animals at TWAS were acquired after law enforcement, such as the USDA and U.S. Fish & Wildlife Service, confiscated the animals and needed to find permanent homes for them. At TWAS, I am responsible for ensuring all animals in his care are treated humanely, which includes the provision of necessary veterinary care.

4.    TWAS has a budget of $13 million per year and feeds more than 35,000 pounds of fresh food to its animals weekly. The organization maintains the nation's largest fleet of specially-outfitted rescue vehicles and equipment and also operates a full-time crew of habitat builders that constantly upgrade and create new spaces for rescued animals.

5.    TWAS uses a $20 million facility over 725 acres to rescue, rehabilitate, and provide long-term care for carnivores. Within those 725 acres, TWAS manages 65, separate large-acreage habitats. More than 200,000 visitors walk along TWAS's "Mile Into The Wild" elevated bridge path each year. TWAS has a veterinary hospital, business office, operations office, volunteer center, education center, carnivore nutrition center, welcome center, lion house, emergency/fire operations center. One-hundred sixty

trained volunteers and 52 full-time staff work at TWAS, providing loving care of the animals housed there.

6. On-site, TWAS has a world-class veterinary hospital with a 5,000 pound stainless steel surgery table and hydraulic lift, in addition to several other pieces of equipment necessary for veterinary care. TWAS also works with the Veterinary School at the University of Colorado to stay up-to-date on veterinary care training and new methods of animal care. All staff are required to attend trainings, whether on- or off-site at the veterinary school. TWAS has access to a CAT-scan machine at the Veterinary School whenever needed for diagnostic care and treatment. On permanent veterinary staff, TWAS employs a head veterinarian, an associate veterinarian, two veterinary technicians, a director of animal care, and a contract dental technician. TWAS has an on-site small animal ambulance and large all-terrain animal ambulance to transport animals to its hospital.

7. I am very familiar with the trial record from Plaintiffs first successful case against the Cricket Hollow Zoo for violations of the Endangered Species Act as to endangered tigers and lemurs because TWAS agreed to transport, rehabilitate, and provide long-term care for the tigers living there. I was disappointed to learn that the tigers would not be coming to TWAS, but I am optimistic that I will be able to rescue and rehabilitate the two remaining African Lions at the Cricket Hollow Zoo.

8. I recently reviewed a video of an African Lioness taken June 24, 2016, by Jeff Marlin, and I am concerned that she will not survive through the summer. At time stamp 5:05 of the video footage, an African Lioness appears in extreme respiratory distress. Her mobility is severely limited, and she is panting heavily. I observed that her back legs are not functioning properly, which may be causing her serious pain.

9. If this lioness had developed similar symptoms at TWAS, I would have ordered my veterinary staff to diagnose and treat her symptoms immediately. If treatment were not available, I would order my staff to provide the lioness with palliative care, so she experiences a comfortable death. In either event, I certainly would have removed the lioness from display to the public in order to prevent the exacerbation of stress that exhibition could cause her while sick. I would never allow a lioness—or any animal—to suffer the way the lioness appears to be suffering at the Cricket Hollow Zoo.

10. If the African Lioness has not yet been treated by a qualified veterinarian, then I recommend she be examined by a qualified veterinarian as soon as possible. Any qualified veterinarian with experience treating big cats would be able to diagnose and treat the lioness's symptoms. Absent veterinary inspection and possible provision of care, this lioness will continue to suffer until she dies an unacceptably inhumane death.

11. If she is immediately transferred to TWAS, I will garner all of my resources to treat and rehabilitate her or provide palliative end-of-life care if more appropriate.

12. Like all lions who arrive at TWAS, the Cricket Hollow Zoo lions would normally enter TWAS through the Bolivian Lion Center. However, based on the June 24 video, I am so concerned about the African Lioness's current health that I will instead immediately transport her to the veterinary medical center at the University of Northern Colorado. There, university veterinary staff will have access to first-rate and cutting edge veterinary medical technology for diagnosis and treatment.

13. I will bring the Cricket Hollow Zoo's African Lion to TWAS's on-site veterinary hospital, where TWAS veterinary staff will evaluate his physical and psychological health. The lion will be quarantined, vaccinated, and, once safe, introduced to a small habitat outside the Lion Center where he will have access to a large swimming pool and shade. TWAS staff will introduce species-appropriate food to the male lion, who will be overfed at first in order to quell any instinctual hunting behaviors that stem from food scarcity. Once the lion is comfortable in this setting, TWAS staff will give them access to progressively larger habitats. If the African Lioness recovers, she will be transported to TWAS to undergo the same rehabilitation process. Once the rehabilitation process is complete, the lions will be introduced into

large-acreage habitats and integrated into one of several established lion prides.

14. TWAS owns its own fleet of rescue and transport trucks and maintains good working relationships with major airlines and cargo transportation companies, such as FedEx, for international rescue operations. Animals are crated separately inside the transport trucks, which are climate controlled and ventilated. I or my Chief Operations Officer Casey Craig would accompany the lions during transit, along with enough drivers to prevent the transit trucks from stopping for breaks. The trucks drive continuously through the night to reach TWAS in as little time as possible.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. I authorize electronic signature of this affidavit and provide Plaintiffs' counsel with my original signature page.

/s/ *Pat Craig*
Pat Craig

Dated: July 7, 2016