IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| Tracey Kuehl, an individual; Lisa K. Kuehl, an individual; Kriss A. Bell, an individual; Nancy A. Harvey, an individual; John T. Braumann, an individual and; Animal Legal Defense Fund, a non-profit entity,<br>   Plaintiffs,<br>vs.<br>Pamela Sellner, an individual; Tom Sellner, an individual; Cricket Hollow Zoo, a non-profit entity,<br><br>   Defendants. | No. C14-2034<br><br>Jon Stuart Scoles<br>Chief Magistrate Judge |

## NOTICE OF APPEAL TO THE
## U.S. COURT OF APPEALS FOR THE EIGHTH CIRCUIT

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Eighth Circuit from the Orders entered in this action on February 11, 2016 (Doc. 83); June 17, 2016 (Doc. 118); and June 28, 2016 (Doc. 119).

Respectfully submitted,

 /s/ Jessica Blome
Animal Legal Defense Fund
525 E. Cotati Avenue
Cotati, CA  94931
717-795-2533
jblome@aldf.org

ATTORNEY FOR
PLAINTIFFS/APPELLANTS

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I filed this document on the 15th day of July, 2016 with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

    /s/ Jessica Blome