U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A   Appeal Docket
Appeal Information Form
To be filed with the Notice of Appeal

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| Tracey Kuehl, an individual; Lisa K. Kuehl, an individual; Kriss A. Bell, an individual; Nancy A. Harvey, an individual; John T. Braumann, an individual and; Animal Legal Defense Fund, a non-profit entity, | Jessica Blome<br>Animal Legal Defense Fund<br>525 E. Cotati Avenue<br>Cotati, CA  94931<br>717-795-2533 |
| Appellant, | |
| vs. | |
| Pamela Sellner, an individual; Tom Sellner, an individual; Cricket Hollow Zoo, a non-profit entity, | Larry J. Thorson<br>Ackley Kopecky & Kingery, LLP<br>4056 Glass Road NE<br>Cedar Rapids, IA  52402-5062<br>319-393-9090 |
| Appellee | |

LIST ISSUES ON APPEAL (For administrative purposes).  You may indicate that this also serves as your statement of issues under FRAP 10(b)(3).   _____ Yes.   ___X___ No.

    Plaintiffs-Appellees appeal the District Court's February 11, 2016 Order failing to address Plaintiffs-Appellees' claim for Unlawful Trafficking in violation of 16 § 1538(a)(1)(E); denying prematurely and without briefing Plaintiffs-Appellees' request for Attorneys' Fees; and granting authority to Appellants-Defendants to select facilities for placement of their lemurs and tigers.  The District Court erred in declining entirely to address one of Plaintiffs-Appellees' claims listed in their complaint; the District Court also erred in declining to consider whether to award attorneys' fees to Plaintiffs-Appellees under 15 U.S.C. § 1540(g) without waiting for a motion or briefing on the award; and the District Court erred by improperly permitting Appellants-Defendants to select the location for the placement of their lemurs and tigers.

    Plaintiffs-Appellees appeal the District Court's June 17, 2016 Order accepting Appellants-Defendants' proposed placement of their lemurs and tigers.  The June 17, 2016 Order resulted from, and contained, procedural and substantive errors, and therefore improperly permitted Appellants-Defendants to select the location for the placement of their lemurs and tigers.

    Plaintiffs-Appellees also appeal the District Court's June 28, 2016 Order denying Plaintiffs-Appellees' Motion to Amend the Judgment to include an Award for Attorneys'

Fees. The District Court erred in declining to award attorneys' fees to Plaintiffs-Appellees under 15 U.S.C. § 1540(g).

FOR LEAD COUNSEL ONLY
I have not discussed settlement possibilities on appeal with my client.
This appeal is not amenable to settlement.

Submitted by: ___/s/ Jessica Blome____            July 15, 2016
                Signature of Lead Counsel                           Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at: www.ca8.uscourts.gov

     Copy 1 - Send to Appellee (together with an uncompleted Form B)
     Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
     Copy 4 - Retain