Jeffrey D. Pierce (CA Bar No. 293085)
ANIMAL LEGAL DEFENSE FUND
525 E. Cotati Avenue
Cotati, CA 94931
Telephone: 707.795.2533
Facsimile: 707.795.7280
jpierce@aldf.org

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>      Plaintiffs,<br> v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>      Defendants. | Case No. C16-2078<br><br><br><br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

  Jeffrey Pierce, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of all plaintiffs. Jeffrey Pierce states that he is a member in good standing of the bar of the state of California and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Jeffrey Pierce further states that he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Daniel J. Anderson, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

The certificate of good standing required by Administrative Order No. 10-AO-4-P is attached.

Respectfully submitted,

*/s Jeffrey D. Pierce*
Jeffrey D. Pierce (CA Bar No. 293085)
ANIMAL LEGAL DEFENSE FUND
525 E. Cotati Avenue
Cotati, CA 94931
Telephone: 707.795.2533
Facsimile: 707.795.7280
jpierce@aldf.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>               Plaintiffs,<br>   v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>               Defendants. | Case No. C16-2078<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

      This matter comes before the Court on the Motion for Admission Pro Hac Vice (docket number [ ] filed by attorney Jeffrey Pierce on July 15, 2016. The Court finds the motion should be granted.

**ORDER**

**IT IS THEREFORE ORDERED** that the Motion for Admission Pro Hac Vice (docket number [ ] is hereby **GRANTED**. Attorney Jeffrey Pierce is authorized to appear on behalf of Plaintiffs in this case.

DATED THIS ___ day of July 2016.

                                                                                                     _____
                                                                                                     The Honorable []