IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual; and ANIMAL LEGAL DEFENSE FUND, a non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation, <br><br> Defendants. | No. C16-2078 <br><br> ORDER FOR ADMISSION *PRO HAC VICE* |

This matter comes before the Court on the Motion for Admission *Pro Hac Vice* (docket number 7) filed by attorney Jeffrey Pierce on July 19, 2016. The Court finds the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Motion for Admission *Pro Hac Vice* (docket number 7) is hereby **GRANTED**. Attorney Jeffrey Pierce is authorized to appear on behalf of Plaintiffs in this case.

DATED this 20th day of July, 2016.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA