United States District Court
For the
Northern District of Iowa

Tracey K. Kuhel et al. Vs Pamela Sellner et al.

C16-2078-LLR

| | |
|---|---|
| State of Iowa | ) |
| | ) ss |
| County of Linn | ) |

I, Mitchell Meeks, do solemnly swear that on 7/20/2016 7:40:00 PM, I served the Sumons/Complaint; New Civil Procedures Packet; Motion for Preliminary Injunction; Order for telephone hearing onto and into the hands of Pamela Sellner at 1512 210th Street, Manchester, Iowa.

_____
Mitchell Meeks

Subscribed and sworn before me by Mitchell Meeks on this 20th day of July, 2016

_____
Notary Public in and for the State of Iowa

Service Fee: $10.00
Filing Fee: $0.00
Mileage: $50.00
Due: $60.00

MELISSA THOMPSON
Commission Number 782697
My Commission Expires
February 17, 2017

MAM Serving, Cedar Rapids, IA