Daniel J. Anderson (IA Bar No. 20215)
WERTZ, DAKE & ANDERSON
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone: (319) 861-3001
Facsimile: (319) 861-3007
danderson@wertzlaw.com

Attorney for Plaintiffs

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRISTINE A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual; and ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>Defendants. | Case No. 16-CV-2078<br><br>**PLAINTIFFS' RULE 65(B) CERTIFICATION** |

Pursuant to Rule 65(b), the undersigned hereby certifies the following:

1. It is believed Defendants are being represented in this matter by attorney Larry Thorson. Mr. Thorson represents Defendants in a related suit which continues on appeal.

2. On July 11, 2016, the day the Complaint and Motion for Preliminary Injunction were filed, the undersigned emailed Mr. Thorson advising of the suit and requesting acceptance of service (See attached).

3. On July 13, 2016, Mr. Thorson responded, indicating he would talk with his clients and get back to me.

4. Following the Court's Order on July 19, 2016, the undersigned provided electronic copies of all relevant documents to Defendant's counsel via email and again requested status of the requirement for formal service. Plaintiff's also began the process of mailing the relevant documents directly to Defendants.

5. On July 20, 2016, Defendants' counsel indicated he would not accept service on behalf of Defendants and they would need to be personally served.

6. A mailed copy of the relevant documents was delivered to Defendants' residence via FedEx on July 20, 2016 (See attached).

7. Formal service was accomplished on the evening of July 20, 2016.

Dated: July 21, 2016

Respectfully submitted,

/s/ *Daniel J. Anderson*
Daniel J. Anderson (IA Bar No. 20215)
WERTZ, DAKE & ANDERSON
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone: (319) 861-3001
Facsimile: (319) 861-3007
danderson@wertzlaw.com

Attorney for Plaintiffs