# Daniel Anderson

**From:** Theresa Trenary <TTrenary@akklaw.com>
**Sent:** Wednesday, July 20, 2016 9:52 AM
**To:** Daniel Anderson
**Subject:** RE: New Cricket Hollow Zoo Action

You need to personally serve the Sellners. Larry J. Thorson

Theresa Trenary, Legal Assistant to
Larry J. Thorson
Ackley, Kopecky & Kingery, L.L.P.
4056 Glass Road NE
Cedar Rapids, IA 52402
Phone: (319) 393-9090
Fax: (319) 393-9012

Notice: Since email messages sent between you and Ackley, Kopecky & Kingery, L.L.P. and its employees are transmitted over the Internet, Ackley, Kopecky & Kingery, L.L.P. cannot assure that such messages are secure. You should be careful in transmitting information to Ackley, Kopecky & Kingery, L.L.P. that you consider confidential. If you are uncomfortable with such risks, you may decide not to use email to communicate with Ackley, Kopecky & Kingery, L.L.P. This message is covered by the Electronic Communication Privacy Act, 18 USC Section 2510-2515, is intended only for the use of the person to whom it is addressed and may contain information that is confidential and subject to the attorney-client privilege. It should also not be forwarded to anyone else. If you received this message and are not the addressee, you have received this message in error. Please notify the person sending the message and destroy your copy.

**From:** Daniel Anderson [mailto:DAnderson@wertzlaw.com]
**Sent:** Tuesday, July 19, 2016 5:40 PM
**To:** Larry Thorson <LThorson@akklaw.com>
**Cc:** Theresa Trenary <TTrenary@akklaw.com>; Jeff Pierce (jpierce@aldf.org) <jpierce@aldf.org>; Jessica Blome (jblome@aldf.org) <jblome@aldf.org>; Stagman, David J. (david.stagman@kattenlaw.com) <david.stagman@kattenlaw.com>
**Subject:** RE: New Cricket Hollow Zoo Action

Larry,

I attempted to contact you earlier and spoke with your assistant, but also wanted to touch base via email. I had been waiting to go through formal process of serving the Sellners personally until I heard from you re acceptance of service. However, I am providing the attached documents to you at present due to an Order issued by the Court a few minutes ago. I have also begun the process of attempting to personally serve the Sellners. If they have authorized you to accept service on their behalf, please let me know as soon as possible to avoid further delay and expense.

I am attaching the three Summons, a request for waiver of service, Civil Cover Sheet, Complaint, and "New Civil Case Packet." I am also attaching a Motion for Preliminary Injunction and supporting Exhibits. The one exhibit not attached is a short video which will be too large for me to successfully email to you. I will have a copy hand-delivered first thing in the morning.

1

Finally, AND MOST IMPORTANTLY, I am attaching a copy of an Order from the Court issued today advising of a telephone hearing scheduled for Thursday morning at 10:00 a.m. I will forward a separate email from the Court with details to call into this hearing.

I would appreciate confirmation of receipt of this email as well as a response on the service issue as soon as possible.

Thanks,
Dan

*Daniel J. Anderson*
Attorney at Law
Wertz, Dake & Anderson
1500 Center Street NE
P.O. Box 849
Cedar Rapids, IA 52406-0849
Telephone: 319/861-3001
Toll Free: 888/860-6060
Fax: 319/861-3007
danderson@wertzlaw.com

The information in this e-mail and any attachment is strictly confidential and is intended solely for the individual or company to whom it is addressed. If you receive this communication by error, please notify the sender immediately. Thank you.

**From:** Larry Thorson [mailto:LThorson@akklaw.com]
**Sent:** Wednesday, July 13, 2016 2:46 PM
**To:** Daniel Anderson
**Subject:** RE: New Cricket Hollow Zoo Action

Dan,

I just got out of a jury trial and have not had a chance to talk with my clients. I will let you know as soon as I can what plans they have.

Thanks,

Larry

**From:** Daniel Anderson [mailto:DAnderson@wertzlaw.com]
**Sent:** Monday, July 11, 2016 6:46 PM
**To:** Larry Thorson <LThorson@akklaw.com>
**Cc:** Theresa Trenary <TTrenary@akklaw.com>
**Subject:** New Cricket Hollow Zoo Action

Larry,

I wanted to give you a heads-up that a new complaint has been filed against the Sellners and Cricket Hollow Zoo by the plaintiffs in the original action. The new complaint relates to the African lions, which now fall under the protection of the ESA. I presume you will continue to represent them in this new action, but wanted to check with you first. If so, I'd also like to know whether the Sellners will authorize you to accept service on their behalf. If you will be handling the claim, I'll send over copies of today's filings. Let me know.

2

Thanks,
Dan

*Daniel J. Anderson*
Attorney at Law
Wertz, Dake & Anderson
1500 Center Street NE
P.O. Box 849
Cedar Rapids, IA 52406-0849
Telephone: 319/861-3001
Toll Free: 888/860-6060
Fax: 319/861-3007
danderson@wertzlaw.com

The information in this e-mail and any attachment is strictly confidential and is intended solely for the individual or company to whom it is addressed. If you receive this communication by error, please notify the sender immediately. Thank you.

# Daniel Anderson

**From:** Stagman, David J. <david.stagman@kattenlaw.com>
**Sent:** Wednesday, July 20, 2016 2:27 PM
**To:** Daniel Anderson
**Subject:** Fw: FedEx Shipment 783618466616 Delivered

----- Original Message -----
From: trackingupdates@fedex.com [mailto:trackingupdates@fedex.com]
Sent: Wednesday, July 20, 2016 01:27 PM Central Standard Time
To: Stagman, David J.
Subject: FedEx Shipment 783618466616 Delivered

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | KATTEN MUCHIN ROSENMAN LLP |
| Name: | David Stagman |
| E-mail: | david.stagman@kattenlaw.com |
| Message: | PSShip eMail Notification |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 099000.34349-34349 |
| Ship date: | Jul 19, 2016 |
| Delivery date: | Jul 20, 2016 1:24 pm |
| Signed for by: | Signature not required |
| Delivery location: | MANCHESTER, IA |
| Delivered to: | Residence |
| Delivery date: | Wed, 7/20/2016 1:24 pm |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services | No Signature Required |
| | Deliver Weekday |
| | Residential Delivery |
| Standard transit: | 7/20/2016 by 4:30 pm |

Tracking number:      783618466616

Reason Delivery Not Completed      Recommended Action
Shipper Information            Recipient Information
David Stagman            PAMELA AND TOM SELLER
KATTEN MUCHIN ROSENMAN LLP            CRICKET HOLLOW ZOO, INC

1

| 525 WEST MONROE STREET | 1512 210TH ST |
| CHICAGO | MANCHESTER |
| IL | IA |
| US | US |
| 60661 | 52057 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:27 PM CDT on 07/20/2016.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=783618466616&language=en&opco=FX&clientype=ivother

This tracking update has been sent to you by FedEx on behalf of the Requestor david.stagman@kattenlaw.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the requreqtupdate.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2016 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.=
=============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
=============================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
=============================================================