# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| TRACEY K. KUEHL et al., Plaintiff(s) vs. PAMELA SELLNER et al., Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 16-CV-2078-LRR<br>Presiding Judge: Chief Judge Linda R. Reade<br>Deputy Clerk: Emily Kolbe<br>Court Reporter: Kay Carr  Contract? Yes<br>(If yes, send copy to financial)<br>Recording: Yes  Method: FTR Gold |

| Date: | 7/21/2016 | Start: | 9:55 AM | Adjourn: | 10:35 AM | Courtroom: | 1 |
|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | - | Telephonic? | Yes |
| Appearances: | Plaintiff(s): | Daniel Anderson; Jeffrey Pierce; Jessica Blome | | | | | |
| | Defendant(s): | Larry Thorson | | | | | |
| | U.S. Probation: | -- | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | Phone |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? Yes | Continued from a previous date? | - |
|---|---|---|---|---|
| **MOTION:** | **A.** Motion for Preliminary Injunction | | | # 3 |
| | Ruling: Granted in part | | Order to follow? | Yes |
| | **B.** | | | # |
| | Ruling: | | Order to follow? | |
| | **C.** | | | # |
| | Ruling: | | Order to follow? | |
| | **D.** | | | # |
| | Ruling: | | Order to follow? | |
| | **Witness/Exhibit List is** N/A | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7. | | | |
| | **Miscellaneous:** Expedited trial date set for August 1, 2016. | | | |

Case 6:16-cv-02078-LRR-JSS   Document 13   Filed 07/21/16   Page 1 of 1