Larry J. Thorson (PIN AT0007976)
 lthorson@akklaw.com
ACKLEY, KOPECKY & KINGERY, L.L.P.
4056 Glass Rd. NE
Cedar Rapids, IA 52402
Telephone: 319-393-9090
Fax: 319-393-9012

Attorney for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TRACEY K. KUEHL, an individual; <br> LISA K. KUEHL, an individual; <br> KRISTINE A. BELL, an individual; <br> NANCY A. HARVEY, an individual; <br> JOHN T. BRAUMANN, an individual, <br> and; ANIMAL LEGAL DEFENSE <br> FUND, a non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PAMELA SELLNER, an individual; <br> TOM SELLNER, an individual; and <br> CRICKET HOLLOW ZOO, a <br> non-profit corporation, <br><br> Defendants. | Case No. 16-cv-2078 <br><br><br><br><br><br><br> **APPEARANCE** |

COMES NOW Attorney Larry J. Thorson and hereby enters his appearance on behalf of the Defendants, Pamela Sellner, Tom Sellner, and Cricket Hollow Zoo.

Dated: _____July 21, 2016_____          Respectfully submitted,

_____
Larry J. Thorson          #AT0007976
ACKLEY KOPECKY & KINGERY, L.L.P.
4056 Glass Road, NE
Cedar Rapids, IA 52402
Ph: (319) 393-9090  Fax: (319) 393-9012
Email: lthorson@akklaw.com

Copies to:

Daniel J. Anderson
Wertz & Dake
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
danderson@wertzlaw.com

Jeff Pierce
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jpierce@aldf.org

Jessica Blome
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jblome@aldf.org

David J. Stagman
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
david.stagman@kattenlaw.com

### Certificate of Service

The undersigned hereby certifies that I filed this document on the 21st day of July, 2016 with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

_____

2