Daniel J. Anderson (IA Bar No. 20215)
WERTZ, DAKE & ANDERSON
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone: (319) 861-3001
Facsimile: (319) 861-3007
danderson@wertzlaw.com

David J. Stagman (IL Bar No. 6217440) *Pro Hac Vice Pending*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 577-4416
david.stagman@kattenlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>         Plaintiffs,<br>  v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>         Defendants. | Case No. C16-2078<br><br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

David J. Stagman, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of all plaintiffs. David J. Stagman states that he is a member in good standing of the bar of the state of Illinois and that he agrees to submit to and

comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

David J. Stagman further states that he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Daniel J. Anderson, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

The certificate of good standing required by Administrative Order No. 10-AO-4-P is attached.

The ECF registration as required by LR 83.1.3.B(2) will be emailed to the Clerk.

David J. Stagman (IL Bar No. 6217440)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 577-4416
david.stagman@kattenlaw.com

        Respectfully submitted,

        */s Daniel J. Anderson* _____
        Daniel J. Anderson (IA Bar No. 20215)
        WERTZ, DAKE & ANDERSON
        1500 Center St. NE #101
        Cedar Rapids, IA 52402-5500
        Telephone: (319) 861-3001
        Facsimile: (319) 861-3007
        danderson@wertzlaw.com

        Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>     Plaintiffs,<br>   v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>     Defendants. | Case No. C16-2078<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

This matter comes before the Court on the Motion for Admission Pro Hac Vice (docket number 16) filed by attorney David J. Stagman on July 22, 2016. The Court finds the motion should be granted.

**ORDER**

**IT IS THEREFORE ORDERED** that the Motion for Admission Pro Hac Vice (docket number 16) is hereby **GRANTED**. Attorney David J. Stagman is authorized to appear on behalf of Plaintiffs in this case.

DATED THIS ___ day of July 2016.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA