# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| TRACEY K. KUEHL et al., | |
| Plaintiffs, | No. 16-CV-2078-LRR |
| vs. | **TRIAL SCHEDULING ORDER** |
| PAMELA SELLNER et al., | |
| Defendants. | |

_____

The court orders the following trial schedule:

| | | |
|---|---|---|
| August 1, 2016 | 9:00 a.m.- | Trial[1] |
| | 5:00 p.m. | Chief Judge Linda R. Reade |
| | | Courtroom 1 |
| | | |
| August 2, 2016 | 9:00 a.m.- | Trial |
| | 5:00 p.m. | Chief Judge Linda R. Reade |
| | | Courtroom 1 |
| | | |
| August 3, 2016 | 9:30 a.m.- | Trial |
| | 12:00 p.m. | Chief Judge Linda R. Reade |
| | | Courtroom 1 |

---

[1] The parties are expected to arrive thirty minutes prior to the start of trial. On Monday, August 1, 2016, court will recess at 11:15 a.m. Trial will resume at 1:30 p.m. On Tuesday, August 2, 2016, there will be a one hour lunch break.

**IT IS SO ORDERED.**

**DATED** this 22nd day of July, 2016.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

2