IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

TRACEY K. KUEHL, an individual;
LISA K. KUEHL, an individual;
KRIS A. BELL, an individual;
NANCY A. HARVEY, an individual;
JOHN T. BRAUMANN, an individual;
and ANIMAL LEGAL DEFENSE
FUND, a non-profit corporation,

Plaintiffs,

vs.

PAMELA SELLNER, an individual;
TOM SELLNER, an individual; and
CRICKET HOLLOW ZOO, a non-
profit corporation,

Defendants.

No. C16-2078

ORDER FOR ADMISSION
*PRO HAC VICE*

This matter comes before the Court on the Motion for Admission *Pro Hac Vice* (docket number 17) filed by attorney David J. Stagman on July 22, 2016. The Court finds the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Motion for Admission *Pro Hac Vice* (docket number 17) is hereby **GRANTED**. Attorney David J. Stagman is authorized to appear on behalf of Plaintiffs in this case.

DATED this 25th day of July, 2016.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA