1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

```
TRACEY K. KUEHL, LISA K. KUEHL,      )
KRISTINE A. BELL, NANCY A. HARVEY,   )
JOHN T. BRAUMANN and                 )
ANIMAL LEGAL DEFENSE FUND,           )
                                     )
     Plaintiffs,                     )
                                     )   No. CV 16-2078
vs.                                  )
                                     )
PAMELA SELLNER, TOM SELLNER          )
and CRICKET HOLLOW ZOO,              )
                                     )
     Defendants.                     )
```

MOTION HEARING FOR EXPEDITED RELIEF HELD BEFORE
THE HONORABLE LINDA R. READE,

taken at the Federal Courthouse, 111 Seventh Avenue SE, Cedar Rapids, Iowa, on the 21st day of July, 2016, commencing at 9:57 a.m., reported by Kay C. Carr, Certified Shorthand Reporter in and for the State of Iowa.

Kay C. Carr
Certified Shorthand Reporter
Registered Professional Reporter
Cedar Rapids, Iowa
(319) 362-1543

Contact Kay Carr at 312-362-1543 or kaycarr@aol.com to purchase a complete copy of the transcript.

2

APPEARANCES:

DANIEL J. ANDERSON, ESQ., Wertz & Dake,
1500 Center Street NE, Suite 101, Cedar Rapids,
Iowa 52402-5500, on behalf of the Plaintiffs.


JESSICA BLOME, ESQ., and JEFFREY D. PIERCE, ESQ.,
Animal Legal Defense Fund, 170 E. Cotati Avenue,
Cotati, California 94931, on behalf of the
Plaintiffs.


LARRY J. THORSON, ESQ., Ackley Kopecky & Kingery,
LLP, 4056 Glass Road NE, Cedar Rapids,
Iowa 52402-5062, on behalf of the Defendants.

Contact Dockay.com at 1-312-362-154 book.a.com to purchase a complete copy of the transcript.

**3**

1  THE CLERK: U.S. District Court for the
2  Northern District of Iowa in now in session. The
3  Honorable Linda Reade, Chief Judge, is presiding.
4  In Civil Matter 16-CV-2078, Kuehl, et. al.,
5  v. Sellner, et. al., on for motion hearing.
6  Counsel, please state your appearances.
7  MR. ANDERSON: Attorney Daniel Anderson on
8  behalf of the plaintiffs.
9  MR. PIERCE: Attorney Jeffrey Pierce also on
10 behalf of the plaintiffs and, Your Honor, I'm joined
11 this morning by several members of my organization.
12 Another attorney, Jessica Blome, who's observing, as
13 well as three law clerks who join me this morning and
14 they are Christian Busey, Maria Kalousi-Tatum and
15 Jonathan Morris.
16 THE COURT: All right.
17 MR. PIERCE: We may also, Your Honor, have
18 some of the individual plaintiffs on the line and I
19 would invite them to announce themselves.
20 (Nancy Harvey has joined the conference.)
21 THE COURT: All right. Is there anybody on
22 -- I'm sorry; I was trying to get my computer up.
23 Anybody for the defendants?
24 MS. HARVEY: This is Nancy Harvey. Who am I
25 talking to?

**4**

1  THE COURT: I'm sorry; I could not
2  understand what you were saying. Could you speak a
3  little slower, please.
4  MS. HARVEY: This is Nancy Harvey.
5  MR. PIERCE: Nancy, you're speaking with
6  Judge Reade this morning and the attorneys for you.
7  MS. HARVEY: Okay.
8  THE COURT: And what I'm still not
9  understanding is there an attorney representing the
10 defendant or defendants on the phone this morning?
11 MR ANDERSON: I do not believe so,
12 Your Honor.
13 THE COURT: All right. Then we'll go ahead
14 in three minutes and at that time, I'll ask plaintiffs'
15 counsel who's ever taking the lead to make the record on
16 the motion.
17 MR PIERCE: Thank you, Your Honor.
18 (Short recess.)
19 (Kris Bell has joined the conference.)
20 THE COURT: Who just joined the call,
21 please?
22 MS. BELL: Kris Bell.
23 (Larry Thorson has joined the conference.)
24 THE COURT: All right. Are any of you
25 attorneys representing the defendants?

**5**

1  MR. THORSON: Yes, Your Honor. I'm Larry
2  Thorson representing the Sellners.
3  THE COURT: All right. Then let's go ahead
4  with the hearing. This is a hearing on the motion for
5  preliminary injunction filed as Document No. 3 in the
6  records of the court on July 11, 2016. And I'm ready to
7  hear the plaintiffs on their motion.
8  MR. PIERCE: Thank you, Your Honor. Jeffrey
9  Pierce on behalf of the plaintiffs. We're grateful that
10 the Court has scheduled this hearing on an expedited
11 time line because we think that there is an urgency that
12 compels this hearing this morning.
13 I think, Your Honor, that this is a
14 companion case to another that came through the
15 Northern District of Iowa already in which Chief
16 Magistrate Scoles found that these same defendants were
17 violating and would continue to violate the Endangered
18 Species Act. The difference is that today there is an
19 African lioness named Njarra who is in immediate need of
20 veterinary intervention.
21 Your Honor will recall from the video
22 footage that we provided to the Court that this lioness
23 appears bony. She's panting heavily. She is standing
24 in an unnaturally crouched posture and to quote from the
25 witness who took the video the plaintiffs provided, he

**6**

1  says we didn't need to get too close to her cage to know
2  that there was something terribly wrong with her because
3  she just stood in one corner of her cage shivering even
4  though she was in direct sunlight. She also could not
5  stand or walk properly. Both her hind legs were bent as
6  if she wanted to sit, but she seemed too sore or
7  agitated to do so.
8  And this, Your Honor, is the only reason
9  that we're here this morning asking for preliminary
10 relief. We sent someone to the defendant Cricket Hollow
11 Zoo recently really just to figure out whether indeed
12 another lion had disappeared. We believed from USDA
13 inspection reports that in July of 2015 there were still
14 three African lions at the defendants' zoo, but the USDA
15 reported in September of last year just before trial
16 that there were only two African lions then at the zoo
17 and then in April of this year, the USDA's inventory
18 read just a single African lion.
19 So we sent someone to the zoo in June really
20 to figure out what was going on with the inventory
21 there. We did not expect to find a lion in such obvious
22 distress, but we did and that's why we're before the
23 Court this morning. If it weren't for that appalling
24 footage, we would have been happy to let this process
25 run through the courts as we did with the prior case.

### 7

1  We would not have sought preliminary relief, so we think
2  that the facts warrant seeking this relief this morning.
3      And I would add, Your Honor, that the
4  plaintiffs stand ready to secure that relief. We've
5  identified already The Wild Animal Sanctuary in
6  Keenesburg, Colorado, who is willing and able to receive
7  Njarra as well as her companion, the remaining African
8  male lion. Your Honor, as we said they can provide to
9  her top-notch veterinary care, world class veterinary
10  care and rehabilitation. They can transport her in
11  their own state of the art trucks and the plaintiffs are
12  prepared to cover the cost of that transport and
13  actually which The Wild Animal Sanctuary will itself
14  bear the remaining costs.
15      In the alternative, plaintiffs would seek
16  from Your Honor an order permitting a qualified big cat
17  veterinarian to enter the premises of the Cricket Hollow
18  Zoo to conduct a veterinary examination on site and to
19  provide their diagnosis and based on that diagnosis
20  provide any necessary veterinary care. Plaintiffs
21  believe that the relief that we seek is warranted not
22  only by the fact but provided by the law.
23      So I think Your Honor knows that the
24  Eighth Circuit follows ordinarily the traditional
25  factors leading up to preliminary relief articulated

### 8

1  most clearly in <u>Dataphase Systems</u>, but that a wholly
2  different standard governs the consideration of
3  preliminary injunctions in a case such as this that is
4  brought pursuant to the Endangered Species Act and which
5  is based on the effort to protect endangered species.
6  Namely, when endangered species is allegedly
7  jeopardized, the balance of equities and public interest
8  tipped in favor of the protected species.
9      So the case law in the Eighth Circuit as is
10  true also in the Ninth Circuit insists that Congress has
11  effectively divested the courts of their traditional
12  equitable jurisdiction and that the only requirement on
13  the moving party here -- the plaintiffs -- is to prove a
14  likelihood of success on the merits.
15      It's the plaintiffs' position that we
16  certainly can prove all of the factors set forth in
17  <u>Dataphase Systems</u> and I will articulate those today, but
18  in short, we really only need to prove the likelihood of
19  success on the merits because Eighth Circuit case law
20  makes clear that in a case like this, the remainder of
21  the factors are presumed to have been won by the -- by
22  the moving party.
23      As to likelihood of success here, I would
24  remind the Court that we're not seeking a ruling on the
25  merits; nor do we have to prove the merits today. We

### 9

1  would intend to prove the merits at a later date very
2  likely on a filing for summary judgment. Here today we
3  need to prove only a likelihood of success there and we
4  -- we do so.
5      In February of this year, Chief Magistrate
6  Judge Jon Scoles found not only that the defendants were
7  violating the Endangered Species Act in how they treat
8  their endangered animals, but also that they would
9  continue to violate the Endangered Species Act and, in
10  fact, that they were incapable ever of complying with
11  it.
12      So sure of that was he that he -- he ordered
13  two things; one that their existing endangered animals
14  should be transferred to facilities capable of meeting
15  their needs, and two, that they should be prevented ever
16  from acquiring listed species in the future, at least
17  without prior court approval.
18      We believe that these lions would, like the
19  tigers, already have been transferred out of this
20  facility pursuant to the Court's February order if they
21  had been listed as threatened or endangered at the time
22  of trial in October, but unfortunately the Fish and
23  Wildlife Service didn't get around to that listing until
24  late January of this year; just three weeks before the
25  Court's order. So the -- the -- all of the evidence

### 10

1  that applied to the tigers that compelled Judge Scoles
2  to find persistive and irremediable violations of the
3  Endangered Species Act likewise apply to the lions.
4      I'm happy, Your Honor, to articulate the
5  other factors including irreparable harm, the balance of
6  equities and the public interest, but I would again
7  remind the Court that those factors are presumed to have
8  been met under Eighth Circuit case law; that if you
9  retain any anxiety about that doctrine, I will be more
10  than happy to walk the Court through the -- the facts
11  that underlie those remaining three factors.
12      But one thing the plaintiffs seek a suitable
13  remedy. The plaintiffs are prepared to see that remedy
14  implemented and the plaintiffs have presented an
15  alternative remedy here today if Your Honor experiences
16  any anxiety about the full scale remedy that we seek.
17      I would ask just one -- one thing,
18  Your Honor, which goes to irreparable harm specifically
19  to the -- to the plaintiffs. I think what we see in
20  this case today with Njarra, this lioness, is
21  unfortunately emblematic of a pattern and practice at
22  the Cricket Hollow Zoo. I would remind the Court that
23  in just the last three years alone, six big cats have
24  died at Cricket Hollow Zoo. Three of those big cats --
25  three tigers -- died between the time that the

Case 6:16-cv-02078-LRR-JSS Document 12-4 Filed 04/26/16 Page 4 of 15

Contact Document12-362-154bd9e1ecba9b90.com to purchase a complete copy of the transcript.

Page 11

plaintiffs filed their complaint in June of 2014 and the time that they went to trial in October of 2015. So over the course of just 14 months presumably at a time when defendants were on their very best behavior, on high alert providing the very best care to their animals three tigers died.

Judge Scoles in his February 2016 order chronicled the facts that led to the deaths of four of the defendants' tigers over the coarse of two-and-a-half pages in his order. And in doing so, he provided in great detail the manner by which the defendants as a pattern and practice routinely fail to secure timely veterinary care for their endangered animals and even if they were to have sought veterinary care for those animals, the Court found that they typically do so by telephone.

And so I'll read just very briefly from Judge Scoles' order. He says the Court concludes Cricket Hollow has not complied with its obligation to provide adequate veterinary care to the endangered tigers. Cricket Hollow has consistently failed to timely contact Dr. Pries regarding animal health issues. On those occasions when Dr. Pries was contacted, it was generally a phone call with Pam Sellner describing the animal's symptoms and sometimes ostensibly diagnosing

Page 12

the problem; that is Pam Sellner herself ostensibly is diagnosing the problem. Dr. Pries would then prescribe a course of treatment telephonically.

That was the -- the Court's findings; the primary basis on which Judge Scoles found that the defendants were violating the Endangered Species Act as to their -- their tigers.

I would add one last thing, which is that the defendants, in addition to those several tigers who died during the course of litigation, likewise have a lion -- a lioness who died during the course of that litigation in the very same month that two of their tigers died; Casper and Luna. That was a lion name Kamarah who died of -- reportedly of pancreatitis at roughly 12 years old, some four years after Cricket Hollow Zoo obtained that zoo (sic). That very probably was the same lioness that plaintiffs reported having seen during their first visits to the zoo existing in a bony condition, exhibiting clear signs of distress. That animal died before plaintiffs could intervene on her behalf.

This animal Njarra, who is likewise bony, who is likewise exhibiting signs of distress may well fall to the same fate that that prior lioness fell to, and frankly, Your Honor, the plaintiffs have retained

Page 13

such ongoing distress about the welfare of the animals at Cricket Hollow Zoo.

It certainly was not enough for them to have prevailed in the first action. They have continued to monitor the welfare of these animals by reading USDA inspection reports. They have continued to contact their attorneys to understand what more they can do. They have continued to write to the USDA to seek intervention from federal authorities and when they reviewed the data footage that zoo visitor Jeff Marlin provided, they suffered enormous anxiety and distress, and at least one of the plaintiffs who is on the line with us today wept to see this lioness in such an extraordinarily appalling condition. I'll -- I'll stop there unless Your Honor has any questions.

THE COURT: So if I'm understanding correctly, the lioness -- there's one lion; the female lion that you are seeking to have examined, although there is a male also as far as you know at the zoo at this time.

MR. PIERCE: That's correct, Your Honor. Our understanding based on the most recent visit that our witness made in late June of this year is that two lions remain at Cricket Hollow; the male and female. The female exhibited signs of far greater distress. Our

Page 14

witness described the male as lethargic. If Your Honor were on the basis of a likelihood of success today to order the transfer of the female lioness, we would ask that Your Honor include that lioness' companion -- the male lion -- in the -- in her interest for companionship as well as for sort of efficiency of justice. But if Your Honor orders instead that a qualified veterinarian enter the premises, we think that it's most urgent that that veterinarian examine the lioness; the female.

THE COURT: And I do apologize to the parties. There was a mix up in my office and that is why this was not heard earlier. So you have my apology on that.

All right. Mr. Thorson, what is the response of your clients?

MR. THORSON: Yes, Your Honor. The zoo has had Dr. Pries out there -- actually, he was scheduled for yesterday. He came out and examined the lions. They're both female lions by the way. The lion that Mr. Pierce is talking about is Johnwa (phonetic) and it's 16 years-plus. We don't know exactly the age of the lion because it was first seized from a drug house in Texas and then sent up north to Wisconsin I believe it was and then it -- then it was eventually sent -- it

Case 6:16-cv-02078-LRR-JSS Document 12-1 Filed 07/26/16 Page 5 of 15
Contact Kay Carr at 712-262-1543 or kaycarr@co.com
to purchase a complete copy of the transcript.

15

1  was sent to a sanctuary first and then up to Wisconsin
2  and then finally to Cricket Hollow Zoo.
3           The lion deals with arthritis and that's
4  what the doctor says in his report here.  It's got old
5  lungs he says.  He says the body condition is good.  He
6  says hot weather can bother lions, but he said she does
7  very well.
8           In addition, Dr. Pries has been coming out
9  based upon changes we've made in the zoo on a monthly
10 basis.  He's been out 4-14 of '16, 5-24 of '16, 6-20 of
11 '16 and then he was just out yesterday 7-20 of '16 and
12 examined the animals out there.
13          What I would suggest, Your Honor, is there's
14 a parallel case obviously to what we're doing here and
15 what my client would suggest and what they would offer
16 is to send these two lions to Brown's Oakridge Exotics,
17 which is in Smithfield, Illinois.  It's also a USDA
18 licensed facility.  It's got a certificate number from
19 the USDA, which is 33-C-0007 and I'm looking at its last
20 inspection report from February of 2016 and it shows no
21 noncompliant items.  Mrs. Sellner is familiar with the
22 owner of that facility.  They have tigers and they've
23 got a lion, two pumas there, a leopard.  They're used to
24 dealing with big -- big cats they're called --
25 exotics -- and at least that way we wouldn't have to be

16

1  arguing about where the lions were; whether they were in
2  the care of Mrs. Sellner while the other case is on
3  appeal.
4           THE COURT:  Is this a private -- private zoo
5  then as well?
6           MR. THORSON:  Yes, it is.  It's a private
7  licensed USDA licensed zoo subject to inspection by
8  them.
9           THE COURT:  Have you shared Dr. Pries'
10 reports with counsel for the plaintiffs?
11          MR. THORSON:  No, Your Honor.  I just really
12 got involved in this yesterday, so I've had a chance to
13 look at the video and I've looked at it with my client
14 yesterday and -- and I have not had a chance to share
15 anything with the plaintiffs' counsel yet.
16          THE COURT:  All right.  Mr. Pierce, what
17 about this other private zoo that the suggestion is
18 these lions be sent to -- lionesses?
19          MR. PIERCE:  Your Honor, we have an
20 extremely strong opinion about that.  The defendants are
21 suggesting that they send their lions to an unaccredited
22 facility that we have not had a chance to -- even to
23 look at, let alone to investigate, but effectively what
24 they're asking Your Honor to do is to permit the
25 transfer of lions from a facility that provides

17

1  substandard care -- their own -- into another facility
2  that provides substandard care and a facility which
3  suits the defendants' political conditions as opposed to
4  a facility that would provide the kind of quality care
5  that could rehabilitate a lion in this condition.
6           If -- if it's the -- if it's the defendants'
7  veterinarian's position that this lion has good body
8  condition, I would point Your Honor to the -- to the --
9  to the record -- to the pleadings.  Both of the
10 plaintiffs' expert witnesses disagree with the
11 defendants' veterinarian.  Pat Craig, who has been
12 rescuing lions for 35 years, said that he's concerned
13 that this lion will not survive through the summer; that
14 she's showing extreme respiratory distress; that her
15 mobility is severely limited.  Megan Ross, senior vice
16 president of the AZA accredited Lincoln Park Zoo in
17 Chicago, Illinois, says specifically that this lioness
18 appears thin and "has poor body condition and displays
19 an abnormal posture".
20          In other words, the fact that the
21 defendants' bovine and small animal veterinarian, who at
22 trial testified that he had no expertise in the care of
23 large carnivores, visited some days before our witness
24 visited and apparently yesterday coincidentally, but has
25 not visited in between, but succinctly plaintiffs would

18

1  under no circumstances consent to the transfer of these
2  animals to another unaccredited private roadside zoo
3  that will provide substandard and probably fatal care to
4  these animals.
5           THE COURT:  Mr. Thorson, at the current
6  time, is the animal that even your veterinarian says is
7  elderly with old lungs and arthritis being exhibited to
8  the public or has she been relieved from that stress?
9           MR. THORSON:  She is still in the enclosure
10 that the public can walk by, Your Honor, so yeah, she's
11 being exhibited to the public and -- I don't know that
12 that causes her any additional stress at this point in
13 time.
14          THE COURT:  Well, I think that there was
15 some indication of people walking by and teasing the
16 animals and so on and so forth and I'm sure that that
17 would cause an animal who was in that kind of condition
18 additional stress.  That's sort of a no brainer from my
19 point of view.
20          Mr. Pierce, who is the veterinarian and what
21 is the -- what are the qualifications of that
22 professional?
23          MR. PIERCE:  Well, two things about that,
24 Your Honor.  One is that Megan Ross of the Lincoln Park
25 Zoo has reached out to the Species Survival Program of

**19**

1  the Association of Zoos & Aquariums to find a
2  veterinarian within a certain radius of Cricket Hollow
3  Zoo; that is to say a veterinarian from one of the AZA
4  accredited zoos within the region.
5      At the same time, however, we have at the
6  ready Dr. Valerie I believe it's Johnson who -- whose --
7  whose resume is part of the record of the prior case.
8  She has considerable experience in treating captive
9  carnivores. She has worked with The Wild Animal
10 Sanctuary for a number of years. Her credentials are
11 sterling and she has indicated her readiness and
12 willingness to travel to the Cricket Hollow Zoo as early
13 as Monday.
14      THE COURT: And would plaintiffs be
15 responsible for the costs of this particular
16 professional coming to the zoo and diagnosing?
17      MR. PIERCE: Absolutely -- absolutely,
18 Your Honor.
19      THE COURT: All right. Is there any
20 objection to that, Mr. Thorson, as a first step and then
21 the Court would propose expediting a trial on this
22 matter for the first week in August.
23      MR. THORSON: Yes; we would agree that the
24 veterinarian can be sent to the zoo to examine the lion.
25      THE COURT: All right. How about the other

**20**

1  lion since they're both females and I'm not sure that
2  everybody agrees which lion is which -- lioness.
3      MR. THORSON: Right. I would not object to
4  that either.
5      THE COURT: All right.
6      MR. THORSON: The other one is about
7  18 years old, so it's very elderly.
8      THE COURT: Okay. What about the --
9  beginning the trial on this matter August 1st, which is
10 a Monday?
11     MR. THORSON: We're talking about the entire
12 case, are we?
13     THE COURT: Yes. And the issue there
14 obviously what the plaintiffs are seeking is
15 transferring these lions out of the zoo and into the
16 care that they have identified in their complaint,
17 which --
18     MR. THORSON: Short time for this to occur,
19 Your Honor.
20     THE COURT: Well, I appreciate that, but I
21 also appreciate the fact that if in fact -- well, it
22 sounds like your veterinarian agrees that at least one
23 of these two lionesses -- I don't know which one -- is
24 elderly and does have lung problems and arthritis and if
25 that -- it doesn't sound like that's in dispute, so both

**21**

1  parties agree that at least one of these lionesses is in
2  distress, so the Court is unwilling to go much beyond
3  that, and I don't know how much time is going to be
4  needed. I need to find out from all of you what that
5  would be and I understand it's expedited, but I don't
6  think under the circumstances unreasonable.
7      MR. PIERCE: Your Honor, if I may.
8  Plaintiffs certainly would be ready by August 1st to go
9  to trial and I would remind the Court and Mr. Sellner
10 that effectively all of the facts that we would consider
11 at trial have already been vetted in the prior trial and
12 it's hard for plaintiffs to imagine what additional
13 preparation defendants would have to undertake in order
14 to prepare for that.
15     THE COURT: It would seem to me that you
16 could incorporate that record since Mr. Thorson was also
17 the attorney on that case and obviously prepared for
18 that and what would be at issue it would seem to me is
19 the veterinarian's evaluation of these two particular
20 animals; fair to say?
21     MR. PIERCE: I think that's fair to say,
22 Your Honor. And I would add that once again, I think
23 that if lions had been listed at the time of the prior
24 trial, we wouldn't have to have this hearing at all.
25 All of the evidence would have found that the defendants

**22**

1  were violating the Endangered Species Act as to the
2  lions equally as to the tigers.
3      THE COURT: And the other thing, of course,
4  Mr. Thorson is your clients could -- you know, if
5  they're consenting to transfer these animals to
6  Illinois, you have to ask yourself why they wouldn't
7  transfer them to Colorado to a sanctuary as proposed and
8  maybe --
9      MR. THORSON: Well --
10     THE COURT: -- maybe your clients have a
11 position on that and I'll be happy to hear it at time of
12 trial.
13     MR. THORSON: Yes, Your Honor. We did kind
14 of have a hearing on this already in front of
15 Judge Scoles about where to transfer the animals -- the
16 tigers -- and the issue we had with the Colorado
17 facility was the gentleman Pat Craig that ran it
18 basically said at one time when he wasn't involved
19 financially that he would have to euthanize the cats
20 there and that -- that was not a good statement to make.
21 We did not appreciate that, so --
22     MR. PIERCE: Well, Your Honor, plaintiffs
23 appreciate the question that you have put to the
24 defendants and I would add that Judge Scoles himself
25 acknowledged in his order on his position that he would

**Page 23**

1 not have chosen the facilities to which defendants
2 decided to send their animals. He would have preferred
3 to send them to sanctuaries, but he felt hamstrung by
4 the order that he had written in which he granted some
5 deference to the defendants in selecting the facilities
6 to which to send their animals. But frankly, a
7 different judge may have structured that order
8 differently.
9     On the record at trial, a different judge
10 could easily have concluded that the defendants were in
11 truth incapable of selecting a facility that might meet
12 the needs of the animals because of the way that they
13 both failed to meet the requirements of the Animal
14 Welfare Act and the Endangered Species Act and to
15 understand those requirements, so certainly a different
16 judge may have made a decision other than the one that
17 Judge Scoles made.
18     THE COURT: And certainly when we get
19 together on August 1st, one of the issues could be --
20 and presentation could be made -- on the two different
21 facilities that have been offered up as potential homes
22 for these two lionesses.
23     All right. Well, the Court will be issuing
24 a written order, but I will impose a temporary
25 restraining order and I will require that the defendants

**Page 24**

1 permit a veterinarian to visit these two lionesses and
2 to examine them and I will set a hearing on the
3 complaint and declaratory relief -- or complaint for
4 August 1st beginning at 9:00 a.m.
5     Do you have any idea, Mr. Pierce, for just
6 my personal scheduling how long this is going to last?
7     MR. PIERCE: The prior trial took four days,
8 but it was considerably more complex than this one needs
9 to be. I would guess two-and-a-half days possibly given
10 that you have invited evidence on the facilities for
11 disposition as well, but -- but theoretically two.
12     THE COURT: All right.
13     And, Mr. Thorson, what's your thought on
14 that?
15     MR. THORSON: Well, I was hoping we could
16 incorporate much of the previous trial as we've talked
17 about here and my thought is if we could get it done in
18 two days, I would think that would be possible. I mean
19 we would have to try to schedule either Nancy Brown or
20 somebody from the facility that we're talking about to
21 testify. Would the Court allow her testimony by
22 telephone or is that not a possibility?
23     THE COURT: I'm not opposed to that or by
24 video conferencing.
25     Mr. Pierce, do you have a position on that?

**Page 25**

1     MR. PIERCE: Sorry, Your Honor; repeat the
2 question.
3     THE COURT: I'm sorry. Mr. Thorson is
4 concerned about any expert witness that he would call
5 not being available -- Nancy Brown or someone else --
6 and he's inquiring whether or not telephone testimony
7 would be permitted.
8     MR. PIERCE: Plaintiffs have no problem with
9 a telephonic appearance.
10     THE COURT: All right. And, of course, I
11 know the parties know this from being in the courthouse,
12 but we also have video conferencing ability and the only
13 requirement is that you work through our IT department
14 so they can practice connecting to the other facility
15 because we obviously want this to go as smoothly as
16 possible.
17     All right. So that will be my order. So,
18 Mr. Pierce, you can get the ball rolling and I want both
19 of the lionesses examined because I think it sounds like
20 both of them are elderly and I'm not sure which one
21 we're really talking about and then I'll see you
22 August 1st for a trial on the merits.
23     MR. PIERCE: Thank you, Your Honor.
24     THE COURT: All right. And it would be --
25 has somebody already ordered the transcript from

**Page 26**

1 Judge Scoles' case, 14-2034?
2     MR. PIERCE: Plaintiffs have, Your Honor.
3     THE COURT: All right. Have you received
4 that?
5     MR. PIERCE: Yes, we have.
6     THE COURT: All right. And so it would be
7 available to -- to me and you could, if you file trial
8 briefs in advance, alert me as to anything in particular
9 you want me to pay attention to. Otherwise, I'll just
10 get the transcript and begin my preparation.
11     All right. Thanks --
12     MR. THORSON: Your --
13     THE COURT: -- so much. I'm sorry; I didn't
14 mean to cut anybody off.
15     MR. THORSON: No. I just was wondering
16 about deadlines for exhibits and witness lists and --
17     THE COURT: I will put that in the order
18 unless the parties want to agree now to -- to some
19 deadlines. I know August 1st is coming up very quickly.
20 We're on the 21st.
21     What's your thought, Mr. Thorson?
22     MR. THORSON: My thought is that I would
23 assume the Court will set a deadline like prior -- a
24 week from now or something of that nature.
25     THE COURT: That would be -- the 28th would

Case 6:16-cv-02078-LRR-JSS Document 12-1 Filed 07/26/16 Page 8 of 15
Contact bookxaycan.com
to purchase a complete copy of the transcript.

27

1  be fine with me if it's okay with the lawyers.
2       MR. THORSON: Okay.
3       THE COURT: Is that okay with you,
4  Mr. Pierce?
5       MR. PIERCE: Sure; that would work, Judge.
6       THE COURT: Pardon?
7       MR. PIERCE: Yes, Your Honor.
8       THE COURT: All right. So I'll incorporate
9  that deadline for exhibit, witness lists to be exchanged
10 and if you want to file a brief to assist me, I would
11 appreciate that as well.
12      MR. THORSON: Okay.
13      MR. PIERCE: Yes, Your Honor.
14      THE COURT: All right. Thanks very much for
15 participating and I'll look forward to seeing you.
16      If for any reason there's an agreement of
17 the parties to transfer these lionesses prior to the
18 trial, if you would let me know that will save me some
19 time. So thanks a lot. Bye-bye.
20      MR. THORSON: Thank you, Your Honor.
21      MR. PIERCE: Thank you, Your Honor.
22      (Proceedings concluded at 10:36 a.m.)
23
24
25

28

CERTIFICATE

6  I, Kay C. Carr, a Certified Shorthand Reporter of the State of Iowa, do hereby certify that I acted as the
7  official court reporter at the proceedings in the above-entitled matter at the time and place indicated.

   That I reported in shorthand all of the proceedings
9  had at the said time and place and that said shorthand notes were reduced to print by means of a computer-aided
10 transcription device under my direction and supervision, and that the foregoing typewritten pages are a full and
11 complete transcript of the shorthand notes so taken.

12 I further certify that I am not related to or employed by any of the parties to this proceeding, and
13 further that I am not a relative or employee of any attorney of counsel employed by the parties hereto or
14 financially interested in the action.

15 IN WITNESS WHEREOF, I have set my hand this 25th day of July, 2016.

18      /s/ Kay C. Carr
        Kay C. Carr
19      Certified Shorthand Reporter
        Registered Professional Reporter
20      Cedar Rapids, Iowa
        (319) 362-1543

Case 6:16-cv-02078-LRR-JSS Document 12-4 Filed 07/26/16 Page 9 of 15
Contact OCR Reporting at 312-362-154 kaycarr@co.com
to purchase a complete copy of the transcript.

Page 1 to 1 of 6

1

## '

**'16** [4] - 15:10, 15:11

## 1

**101** [1] - 2:4
**10:36** [1] - 27:22
**11** [1] - 5:6
**12** [1] - 12:15
**14** [1] - 11:3
**14-2034** [1] - 26:1
**1500** [1] - 2:4
**16** [1] - 14:22
**16-CV-2078** [1] - 3:4
**170** [1] - 2:7
**18** [1] - 20:7
**1st** [6] - 20:9, 21:8, 23:19, 24:4, 25:22, 26:19

## 2

**2014** [1] - 11:1
**2015** [2] - 6:13, 11:2
**2016** [3] - 5:6, 11:7, 15:20
**21st** [1] - 26:20
**28th** [1] - 26:25

## 3

**3** [1] - 5:5
**33-C-0007** [1] - 15:19
**35** [1] - 17:12

## 4

**4-14** [1] - 15:10
**4056** [1] - 2:10

## 5

**5-24** [1] - 15:10
**52402-5062** [1] - 2:11
**52402-5500** [1] - 2:4

## 6

**6-20** [1] - 15:10

## 7

**7-20** [1] - 15:11

## 9

**94931** [1] - 2:7
**9:00** [1] - 24:4

## A

**a.m** [2] - 24:4, 27:22
**ability** [1] - 25:12
**able** [1] - 7:6
**abnormal** [1] - 17:19
**absolutely** [2] - 19:17
**accredited** [2] - 17:16, 19:4
**Ackley** [1] - 2:10
**acknowledged** [1] - 22:25
**acquiring** [1] - 9:16
**Act** [9] - 5:18, 8:4, 9:7, 9:9, 10:3, 12:6, 22:1, 23:14
**action** [1] - 13:4
**add** [4] - 7:3, 12:8, 21:22, 22:24
**addition** [2] - 12:9, 15:8
**additional** [3] - 18:12, 18:18, 21:12
**adequate** [1] - 11:20
**advance** [1] - 26:8
**African** [5] - 5:19, 6:14, 6:16, 6:18, 7:7
**age** [1] - 14:22
**agitated** [1] - 6:7
**agree** [3] - 19:23, 21:1, 26:18
**agreement** [1] - 27:16
**agrees** [2] - 20:2, 20:22
**ahead** [2] - 4:13, 5:3
**al** [2] - 3:4, 3:5
**alert** [2] - 11:5, 26:8
**allegedly** [1] - 8:6
**allow** [1] - 24:21
**alone** [2] - 10:23, 16:23
**alternative** [2] - 7:15, 10:15
**ANDERSON** [3] - 2:3, 3:7, 4:11
**Anderson** [1] - 3:7
**animal** [6] - 11:22, 12:20, 12:22, 17:21, 18:6, 18:17
**Animal** [5] - 2:7, 7:5, 7:13, 19:9, 23:13
**animal's** [1] - 11:25
**animals** [17] - 9:8, 9:13, 11:5, 11:13, 11:15, 13:1, 13:5, 15:12, 18:2, 18:4, 18:16, 21:20, 22:5, 22:15, 23:2, 23:6, 23:12
**announce** [1] - 3:19
**anxiety** [3] - 10:9, 10:16, 13:11
**apologize** [1] - 14:11
**apology** [1] - 14:13
**appalling** [2] - 6:23, 13:14
**appeal** [1] - 16:3
**appearance** [1] - 25:9
**appearances** [1] - 3:6
**APPEARANCES** [1] - 2:1
**applied** [1] - 10:1
**apply** [1] - 10:3
**appreciate** [5] - 20:20, 20:21, 22:21, 22:23, 27:11
**approval** [1] - 9:17
**April** [1] - 6:17
**Aquariums** [1] - 19:1
**arguing** [1] - 16:1
**art** [1] - 7:11
**arthritis** [3] - 15:3, 18:7, 20:24
**articulate** [2] - 8:17, 10:4
**articulated** [1] - 7:25
**assist** [1] - 27:10
**Association** [1] - 19:1
**assume** [1] - 26:23
**attention** [1] - 26:9
**attorney** [5] - 3:7, 3:9, 3:12, 4:9, 21:17
**attorneys** [3] - 4:6, 4:25, 13:7
**August** [7] - 19:22, 20:9, 21:8, 23:19, 24:4, 25:22, 26:19
**authorities** [1] - 13:9
**available** [2] - 25:5, 26:7
**Avenue** [1] - 2:7
**AZA** [2] - 17:16, 19:3

## B

**balance** [2] - 8:7, 10:5
**ball** [1] - 25:18
**based** [4] - 7:19, 8:5, 13:22, 15:9
**basis** [3] - 12:5, 14:2, 15:10
**bear** [1] - 7:14
**begin** [1] - 26:10
**beginning** [2] - 20:9, 24:4
**behalf** [7] - 2:4, 2:7, 2:11, 3:8, 3:10, 5:9, 12:21
**behavior** [1] - 11:4
**Bell** [2] - 4:19, 4:22
**BELL** [1] - 4:22
**bent** [1] - 6:5
**best** [2] - 11:4, 11:5
**between** [2] - 10:25, 17:25
**beyond** [1] - 21:2
**big** [5] - 7:16, 10:23, 10:24, 15:24
**BLOME** [1] - 2:6
**Blome** [1] - 3:12
**body** [3] - 15:5, 17:7, 17:18
**bony** [3] - 5:23, 12:19, 12:22
**bother** [1] - 15:6
**bovine** [1] - 17:21
**brainer** [1] - 18:18
**brief** [1] - 27:10
**briefly** [1] - 11:17
**briefs** [1] - 26:8
**brought** [1] - 8:4
**Brown** [2] - 24:19, 25:5
**Brown's** [1] - 15:16
**Busey** [1] - 3:14
**bye** [2] - 27:19
**bye-bye** [1] - 27:19

## C

**cage** [2] - 6:1, 6:3
**California** [1] - 2:7
**capable** [1] - 9:14
**captive** [1] - 19:8
**care** [14] - 7:9, 7:10, 7:20, 11:5, 11:13, 11:14, 11:20, 16:2, 17:1, 17:2, 17:4, 17:22, 18:3, 20:16
**carnivores** [2] - 17:23, 19:9
**case** [14] - 5:14, 6:25, 8:3, 8:9, 8:19, 8:20, 10:8, 10:20, 15:14, 16:2, 19:7, 20:12, 21:17, 26:1
**Casper** [1] - 12:13
**cat** [1] - 7:16
**cats** [4] - 10:23, 10:24, 15:24, 22:19
**causes** [1] - 18:12
**Cedar** [2] - 2:4, 2:10
**Center** [1] - 2:4
**certain** [1] - 19:2
**certainly** [5] - 8:16, 13:3, 21:8, 23:15, 23:18
**certificate** [1] - 15:18
**chance** [3] - 16:12, 16:14, 16:22
**changes** [1] - 15:9
**Chicago** [1] - 17:17
**Chief** [3] - 3:3, 5:15, 9:5
**chosen** [1] - 23:1
**Christian** [1] - 3:14
**chronicled** [1] - 11:8
**Circuit** [5] - 7:24, 8:9, 8:10, 8:19, 10:8
**circumstances** [2] - 18:1, 21:6
**Civil** [1] - 3:4
**class** [1] - 7:9
**clear** [2] - 8:20, 12:19
**clearly** [1] - 8:1
**CLERK** [1] - 3:1
**clerks** [1] - 3:13
**client** [2] - 15:15, 16:13
**clients** [3] - 14:16, 22:4, 22:10
**close** [1] - 6:1
**coarse** [1] - 11:9
**coincidentally** [1] - 17:24
**Colorado** [3] - 7:6, 22:7, 22:16
**coming** [3] - 15:8, 19:16, 26:19
**companion** [3] - 5:14, 7:7, 14:5
**companionship** [1] - 14:6

Case 6:16-cv-02078-LRR-JSS   Document 29-3   Filed 07/26/16   Page 10 of 15

Contact OCONNOR at 329-362-1466 or key@k2co.com to purchase a complete copy of the transcript.

compelled [1] - 10:1
compels [1] - 5:12
complaint [4] - 11:1, 20:16, 24:3
complex [1] - 24:8
complied [1] - 11:19
complying [1] - 9:10
computer [1] - 3:22
concerned [2] - 17:12, 25:4
concluded [2] - 23:10, 27:22
concludes [1] - 11:18
condition [7] - 12:19, 13:14, 15:5, 17:5, 17:8, 17:18, 18:17
conditions [1] - 17:3
conduct [1] - 7:18
conference [3] - 3:20, 4:19, 4:23
conferencing [2] - 24:24, 25:12
Congress [1] - 8:10
connecting [1] - 25:14
consent [1] - 18:1
consenting [1] - 22:5
consider [1] - 21:10
considerable [1] - 19:8
considerably [1] - 24:8
consideration [1] - 8:2
consistently [1] - 11:21
contact [2] - 11:22, 13:6
contacted [1] - 11:23
continue [2] - 5:17, 9:9
continued [3] - 13:4, 13:6, 13:8
corner [1] - 6:3
correct [1] - 13:21
correctly [1] - 13:17
cost [1] - 7:12
costs [2] - 7:14, 19:15
Cotati [2] - 2:7, 2:7
counsel [4] - 3:6, 4:15, 16:10, 16:15
course [6] - 11:3, 12:3, 12:10, 12:11, 22:3, 25:10
court [2] - 5:6, 9:17
COURT [40] - 3:16, 3:21, 4:1, 4:8, 4:13, 4:20, 4:24, 5:3, 13:16, 14:11, 16:4, 16:9, 16:16, 18:5, 18:14, 19:14, 19:19, 19:25, 20:5, 20:8, 20:13, 20:20, 21:15, 22:3, 22:10, 23:18, 24:12, 24:23, 25:3, 25:10, 25:24, 26:3, 26:6, 26:13, 26:17, 26:25, 27:3, 27:6, 27:8, 27:14
Court [16] - 3:1, 5:10, 5:22, 6:23, 8:24, 10:7, 10:10, 10:22, 11:15, 11:18, 19:21, 21:2, 21:9, 23:23, 24:21, 26:23
Court's [3] - 9:20, 9:25, 12:4
courthouse [1] - 25:11
courts [2] - 6:25, 8:11
cover [1] - 7:12
Craig [2] - 17:11, 22:17
credentials [1] - 19:10
Cricket [12] - 6:10, 7:17, 10:22, 10:24, 11:19, 11:21, 12:15, 13:2, 13:24, 15:2, 19:2, 19:12
crouched [1] - 5:24
current [1] - 18:5
cut [1] - 26:14

**D**

Dake [1] - 2:3
Daniel [1] - 3:7
DANIEL [1] - 2:3
data [1] - 13:10
Dataphase [2] - 8:1, 8:17
date [1] - 9:1
days [4] - 17:23, 24:7, 24:9, 24:18
deadline [2] - 26:23, 27:9
deadlines [2] - 26:16, 26:19
dealing [1] - 15:24
deals [1] - 15:3
deaths [1] - 11:8
decided [1] - 23:2
decision [1] - 23:16
declaratory [1] - 24:3
defendant [2] - 4:10, 6:10
Defendants [1] - 2:11
defendants [17] - 3:23, 4:10, 4:25, 5:16, 9:6, 11:4, 11:11, 12:6, 12:9, 16:20, 21:13, 21:25, 22:24, 23:1, 23:5, 23:10, 23:25
defendants' [6] - 6:14, 11:9, 17:3, 17:6, 17:11, 17:21
Defense [1] - 2:7
deference [1] - 23:5
department [1] - 25:13
described [1] - 14:1
describing [1] - 11:24
detail [1] - 11:11
diagnosing [3] - 11:25, 12:2, 19:16
diagnosis [2] - 7:19
died [8] - 10:24, 10:25, 11:6, 12:10, 12:11, 12:13, 12:14, 12:20
difference [1] - 5:18
different [5] - 8:2, 23:7, 23:9, 23:15, 23:20
differently [1] - 23:8
direct [1] - 6:4
disagree [1] - 17:10
disappeared [1] - 6:12
displays [1] - 17:18
disposition [1] - 24:11
dispute [1] - 20:25
distress [8] - 6:22, 12:19, 12:23, 13:1, 13:11, 13:25, 17:14, 21:2
District [3] - 3:1, 3:2, 5:15
divested [1] - 8:11
doctor [1] - 15:4
doctrine [1] - 10:9
Document [1] - 5:5
done [1] - 24:17
Dr [7] - 11:22, 11:23, 12:2, 14:18, 15:8, 16:9, 19:6
drug [1] - 14:23
during [3] - 12:10, 12:11, 12:18

**E**

early [1] - 19:12
easily [1] - 23:10
effectively [3] - 8:11, 16:23, 21:10
efficiency [1] - 14:6
effort [1] - 8:5
Eighth [4] - 7:24, 8:9, 8:19, 10:8
either [2] - 20:4, 24:19
elderly [4] - 18:7, 20:7, 20:24, 25:20
emblematic [1] - 10:21
enclosure [1] - 18:9
Endangered [8] - 5:17, 8:4, 9:7, 9:9, 10:3, 12:6, 22:1, 23:14
endangered [7] - 8:5, 8:6, 9:8, 9:13, 9:21, 11:13, 11:20
enormous [1] - 13:11
enter [2] - 7:17, 14:8
entire [1] - 20:11
equally [1] - 22:2
equitable [1] - 8:12
equities [2] - 8:7, 10:6
ESQ [4] - 2:3, 2:6, 2:10
et [2] - 3:4, 3:5
euthanize [1] - 22:19
evaluation [1] - 21:19
eventually [1] - 14:25
evidence [3] - 9:25, 21:25, 24:10
exactly [1] - 14:22
examination [1] - 7:18
examine [3] - 14:9, 19:24, 24:2
examined [4] - 13:18, 14:19, 15:12, 25:19
exchanged [1] - 27:9
exhibit [1] - 27:9
exhibited [3] - 13:25, 18:7, 18:11
exhibiting [2] - 12:19, 12:23
exhibits [1] - 26:16
existing [2] - 9:13, 12:18
Exotics [1] - 15:16
exotics [1] - 15:25
expect [1] - 6:21
expedited [2] - 5:10, 21:5
expediting [1] - 19:21
experience [1] - 19:8
experiences [1] - 10:15
expert [2] - 17:10, 25:4
expertise [1] - 17:22
extraordinarily [1] - 13:14
extreme [1] - 17:14
extremely [1] - 16:20

**F**

facilities [5] - 9:14, 23:1, 23:5, 23:21, 24:10
facility [12] - 9:20, 15:18, 15:22, 16:22, 16:25, 17:1, 17:2, 17:4, 22:17, 23:11, 24:20, 25:14
fact [5] - 7:22, 9:10, 17:20, 20:21
factors [6] - 7:25, 8:16, 8:21, 10:5, 10:7, 10:11
facts [4] - 7:2, 10:10, 11:8, 21:10
fail [1] - 11:12
failed [2] - 11:21, 23:13
fair [2] - 21:20, 21:21
fall [1] - 12:24
familiar [1] - 15:21
far [2] - 13:19, 13:25
fatal [1] - 18:3
fate [1] - 12:24
favor [1] - 8:8
February [4] - 9:5, 9:20, 11:7, 15:20
federal [1] - 13:9
fell [1] - 12:24
felt [1] - 23:3
female [6] - 13:17, 13:24, 13:25, 14:3, 14:10, 14:20
females [1] - 20:1
figure [2] - 6:11, 6:20
file [2] - 26:7, 27:10
filed [2] - 5:5, 11:1
filing [1] - 9:2
finally [1] - 15:2
financially [1] - 22:19
findings [1] - 12:4
fine [1] - 27:1
first [6] - 12:18, 13:4, 14:23, 15:1, 19:20, 19:22
Fish [1] - 9:22
follows [1] - 7:24
footage [3] - 5:22, 6:24, 13:10
forth [2] - 8:16, 18:16
forward [1] - 27:15
four [3] - 11:8, 12:15, 24:7

Contact OWCOURT at 329-362-1446 or Kay.Carr@aol.com to purchase a complete copy of the transcript.

**frankly** [2] - 12:25, 23:6
**front** [1] - 22:14
**full** [1] - 10:16
**Fund** [1] - 2:7
**future** [1] - 9:16

### G

**generally** [1] - 11:24
**gentleman** [1] - 22:17
**given** [1] - 24:9
**Glass** [1] - 2:10
**governs** [1] - 8:2
**granted** [1] - 23:4
**grateful** [1] - 5:9
**great** [1] - 11:11
**greater** [1] - 13:25
**guess** [1] - 24:9

### H

**half** [2] - 11:9, 24:9
**hamstrung** [1] - 23:3
**happy** [4] - 6:24, 10:4, 10:10, 22:11
**hard** [1] - 21:12
**harm** [2] - 10:5, 10:18
**Harvey** [3] - 3:20, 3:24, 4:4
**HARVEY** [3] - 3:24, 4:4, 4:7
**health** [1] - 11:22
**hear** [2] - 5:7, 22:11
**heard** [1] - 14:13
**hearing** [8] - 3:5, 5:4, 5:10, 5:12, 21:24, 22:14, 24:2
**heavily** [1] - 5:23
**herself** [1] - 12:1
**high** [1] - 11:5
**himself** [1] - 22:24
**hind** [1] - 6:5
**Hollow** [12] - 6:10, 7:17, 10:22, 10:24, 11:19, 11:21, 12:16, 13:2, 13:24, 15:2, 19:2, 19:12
**homes** [1] - 23:21
**Honor** [43] - 3:10, 3:17, 4:12, 4:17, 5:1, 5:8, 5:13, 5:21, 6:8, 7:3, 7:8, 7:16, 7:23, 10:4, 10:15, 10:18, 12:25, 13:15, 13:21, 14:2, 14:4, 14:7, 14:17, 15:13, 16:11, 16:19, 16:24, 17:8, 18:10, 18:24, 19:18, 20:19, 21:7, 21:22, 22:13, 22:22, 25:1, 25:23, 26:2, 27:7, 27:13, 27:20, 27:21
**Honorable** [1] - 3:3
**hoping** [1] - 24:15
**hot** [1] - 15:6
**house** [1] - 14:23

### I

**idea** [1] - 24:5
**identified** [2] - 7:5, 20:16
**Illinois** [3] - 15:17, 17:17, 22:6
**imagine** [1] - 21:12
**immediate** [1] - 5:19
**implemented** [1] - 10:14
**impose** [1] - 23:24
**incapable** [2] - 9:10, 23:11
**include** [1] - 14:4
**including** [1] - 10:5
**incorporate** [3] - 21:16, 24:16, 27:8
**indeed** [1] - 6:11
**indicated** [1] - 19:11
**indication** [1] - 18:15
**individual** [1] - 3:18
**injunction** [1] - 5:5
**injunctions** [1] - 8:3
**inquiring** [1] - 25:6
**insists** [1] - 8:10
**inspection** [4] - 6:13, 13:6, 15:20, 16:7
**instead** [1] - 14:7
**intend** [1] - 9:1
**interest** [3] - 8:7, 10:6, 14:5
**intervene** [1] - 12:20
**intervention** [2] - 5:20, 13:9
**inventory** [2] - 6:17, 6:20
**investigate** [1] - 16:23
**invite** [1] - 3:19
**invited** [1] - 24:10
**involved** [2] - 16:12, 22:18
**Iowa** [4] - 2:4, 2:11, 3:2, 5:15
**irremediable** [1] - 10:2
**irreparable** [2] - 10:5, 10:18
**issue** [3] - 20:13, 21:18, 22:16
**issues** [2] - 11:22, 23:19
**issuing** [1] - 23:23
**IT** [1] - 25:13
**items** [1] - 15:21
**itself** [1] - 7:13

### J

**January** [1] - 9:24
**Jeff** [1] - 13:10
**JEFFREY** [1] - 2:6
**Jeffrey** [2] - 3:9, 5:8
**jeopardized** [1] - 8:7
**JESSICA** [1] - 2:6
**Jessica** [1] - 3:12
**Johnson** [1] - 19:6
**Johnwa** [1] - 14:21
**join** [1] - 3:13
**joined** [5] - 3:10, 3:20, 4:19, 4:20, 4:23
**Jon** [1] - 9:6
**Jonathan** [1] - 3:15
**Judge** [12] - 3:3, 4:6, 9:6, 10:1, 11:7, 11:18, 12:5, 22:15, 22:24, 23:17, 26:1, 27:5
**judge** [3] - 23:7, 23:9, 23:16
**judgment** [1] - 9:2
**July** [2] - 5:6, 6:13
**June** [3] - 6:19, 11:1, 13:23
**jurisdiction** [1] - 8:12
**justice** [1] - 14:7

### K

**Kalousi** [1] - 3:14
**Kalousi-Tatum** [1] - 3:14
**Kamarah** [1] - 12:14
**Keenesburg** [1] - 7:6
**kind** [3] - 17:4, 18:17, 22:13
**Kingery** [1] - 2:10
**knows** [1] - 7:23
**Kopecky** [1] - 2:10
**Kris** [2] - 4:19, 4:22
**Kuehl** [1] - 3:4

### L

**large** [1] - 17:23
**Larry** [2] - 4:23, 5:1
**LARRY** [1] - 2:10
**last** [5] - 6:15, 10:23, 12:8, 15:19, 24:6
**late** [2] - 9:24, 13:23
**law** [5] - 3:13, 7:22, 8:9, 8:19, 10:8
**lawyers** [1] - 27:1
**lead** [1] - 4:15
**leading** [1] - 7:25
**least** [5] - 9:16, 13:12, 15:25, 20:22, 21:1
**led** [1] - 11:8
**Legal** [1] - 2:7
**legs** [1] - 6:5
**leopard** [1] - 15:23
**lethargic** [1] - 14:1
**licensed** [3] - 15:18, 16:7
**likelihood** [5] - 8:14, 8:18, 8:23, 9:3, 14:2
**likely** [1] - 9:2
**likewise** [4] - 10:3, 12:10, 12:22, 12:23
**limited** [1] - 17:15
**Lincoln** [2] - 17:16, 18:24
**Linda** [1] - 3:3
**line** [3] - 3:18, 5:11, 13:12
**lion** [19] - 6:12, 6:18, 6:21, 7:8, 12:11, 12:13, 13:17, 13:18, 14:5, 14:20, 14:23, 15:3, 15:23, 17:5, 17:7, 17:13, 19:24, 20:1, 20:2
**lioness** [12] - 5:19, 5:22, 10:20, 12:11, 12:17, 12:24, 13:13, 13:17, 14:3, 14:10, 17:17, 20:2
**lioness'** [1] - 14:4
**lionesses** [7] - 16:18, 20:23, 21:1, 23:22, 24:1, 25:19, 27:17
**lions** [17] - 6:14, 6:16, 9:18, 10:3, 13:24, 14:19, 14:20, 15:6, 15:16, 16:1, 16:18, 16:21, 16:25, 17:12, 20:15, 21:23, 22:2
**listed** [3] - 9:16, 9:21, 21:23
**listing** [1] - 9:23
**lists** [2] - 26:16, 27:9
**litigation** [2] - 12:10, 12:12
**LLP** [1] - 2:10
**look** [3] - 16:13, 16:23, 27:15
**looked** [1] - 16:13
**looking** [1] - 15:19
**Luna** [1] - 12:13
**lung** [1] - 20:24
**lungs** [2] - 15:5, 18:7

### M

**Magistrate** [2] - 5:16, 9:5
**male** [5] - 7:8, 13:19, 13:24, 14:1, 14:5
**manner** [1] - 11:11
**Maria** [1] - 3:14
**Marlin** [1] - 13:10
**matter** [2] - 19:22, 20:9
**Matter** [1] - 3:4
**mean** [2] - 24:18, 26:14
**meet** [2] - 23:11, 23:13
**meeting** [1] - 9:14
**Megan** [2] - 17:15, 18:24
**members** [1] - 3:11
**merits** [6] - 8:14, 8:19, 8:25, 9:1, 25:22
**met** [1] - 10:8
**might** [1] - 23:11
**minutes** [1] - 4:14
**mix** [1] - 14:12
**mobility** [1] - 17:15
**Monday** [2] - 19:13, 20:10
**monitor** [1] - 13:5
**month** [1] - 12:12
**monthly** [1] - 15:9
**months** [1] - 11:3
**morning** [8] - 3:11, 3:13, 4:6, 4:10, 5:12, 6:9, 6:23, 7:2
**Morris** [1] - 3:15

Contact OCU-WRIT at 329-362-1116 or kay-tatum@gmail.com to purchase a complete copy of the transcript.

**most** [3] - 8:1, 13:22, 14:9
**motion** [4] - 3:5, 4:16, 5:4, 5:7
**moving** [2] - 8:13, 8:22
**MR** [43] - 3:7, 3:9, 3:17, 4:5, 4:11, 4:17, 5:1, 5:8, 13:21, 14:17, 16:6, 16:11, 16:19, 18:9, 18:23, 19:17, 19:23, 20:3, 20:6, 20:11, 20:18, 21:7, 21:21, 22:9, 22:13, 22:22, 24:7, 24:15, 25:1, 25:8, 25:23, 26:2, 26:5, 26:12, 26:15, 26:22, 27:2, 27:5, 27:7, 27:12, 27:13, 27:20, 27:21
**MS** [4] - 3:24, 4:4, 4:7, 4:22

# N

**name** [1] - 12:13
**named** [1] - 5:19
**namely** [1] - 8:6
**Nancy** [6] - 3:20, 3:24, 4:4, 4:5, 24:19, 25:5
**nature** [1] - 26:24
**NE** [2] - 2:4, 2:10
**necessary** [1] - 7:20
**need** [5] - 5:19, 6:1, 8:18, 9:3, 21:4
**needed** [1] - 21:4
**needs** [3] - 9:15, 23:12, 24:8
**Ninth** [1] - 8:10
**Njarra** [4] - 5:19, 7:7, 10:20, 12:22
**noncompliant** [1] - 15:21
**north** [1] - 14:24
**Northern** [2] - 3:2, 5:15
**notch** [1] - 7:9
**number** [2] - 15:18, 19:10

# O

**Oakridge** [1] - 15:16
**object** [1] - 20:3
**objection** [1] - 19:20
**obligation** [1] - 11:19
**observing** [1] - 3:12
**obtained** [1] - 12:16
**obvious** [1] - 6:21
**obviously** [4] - 15:14, 20:14, 21:17, 25:15
**occasions** [1] - 11:23
**occur** [1] - 20:18
**October** [2] - 9:22, 11:2
**offer** [1] - 15:15
**offered** [1] - 23:21
**office** [1] - 14:12
**old** [4] - 12:15, 15:4, 18:7, 20:7
**once** [1] - 21:22

**one** [19] - 6:3, 9:13, 10:12, 10:17, 12:8, 13:12, 13:17, 18:24, 19:3, 20:6, 20:22, 20:23, 21:1, 22:18, 23:16, 23:19, 24:8, 25:20
**ongoing** [1] - 13:1
**opinion** [1] - 16:20
**opposed** [2] - 17:3, 24:23
**order** [15] - 7:16, 9:20, 9:25, 11:7, 11:10, 11:18, 14:3, 21:13, 22:25, 23:4, 23:7, 23:24, 23:25, 25:17, 26:17
**ordered** [2] - 9:12, 25:25
**orders** [1] - 14:7
**ordinarily** [1] - 7:24
**organization** [1] - 3:11
**ostensibly** [2] - 11:25, 12:1
**otherwise** [1] - 26:9
**own** [2] - 7:11, 17:1
**owner** [1] - 15:22

# P

**pages** [1] - 11:10
**Pam** [2] - 11:24, 12:1
**pancreatitis** [1] - 12:14
**panting** [1] - 5:23
**parallel** [1] - 15:14
**pardon** [1] - 27:6
**Park** [2] - 17:16, 18:24
**part** [1] - 19:7
**participating** [1] - 27:15
**particular** [3] - 19:15, 21:19, 26:8
**parties** [5] - 14:12, 21:1, 25:11, 26:18, 27:17
**party** [2] - 8:13, 8:22
**Pat** [2] - 17:11, 22:17
**pattern** [2] - 10:21, 11:12
**pay** [1] - 26:9
**people** [1] - 18:15
**permit** [2] - 16:24, 24:1
**permitted** [1] - 25:7
**permitting** [1] - 7:16
**persistive** [1] - 10:2
**personal** [1] - 24:6
**phone** [2] - 4:10, 11:24
**phonetic** [1] - 14:21
**PIERCE** [23] - 2:6, 3:9, 3:17, 4:5, 4:17, 5:8, 13:21, 16:19, 18:23, 19:17, 21:7, 21:21, 22:22, 24:7, 25:1, 25:8, 25:23, 26:2, 26:5, 27:5, 27:7, 27:13, 27:21
**Pierce** [9] - 3:9, 5:9, 14:21, 16:16, 18:20, 24:5, 24:25, 25:18, 27:4
**Plaintiffs** [2] - 2:4, 2:8
**plaintiffs** [29] - 3:8, 3:10, 3:18, 5:7, 5:9, 5:25, 7:4, 7:11, 7:15, 7:20, 8:13,

10:12, 10:13, 10:14, 10:19, 11:1, 12:17, 12:20, 12:25, 13:12, 16:10, 17:25, 19:14, 20:14, 21:8, 21:12, 22:22, 25:8, 26:2
**plaintiffs'** [4] - 4:14, 8:15, 16:15, 17:10
**pleadings** [1] - 17:9
**plus** [1] - 14:22
**point** [3] - 17:8, 18:12, 18:19
**political** [1] - 17:3
**poor** [1] - 17:18
**position** [5] - 8:15, 17:7, 22:11, 22:25, 24:25
**possibility** [1] - 24:22
**possible** [2] - 24:18, 25:16
**possibly** [1] - 24:9
**posture** [1] - 5:24
**posture"** [1] - 17:19
**potential** [1] - 23:21
**practice** [3] - 10:21, 11:12, 25:14
**preferred** [1] - 23:2
**preliminary** [5] - 5:5, 6:9, 7:1, 7:25, 8:3
**premises** [2] - 7:17, 14:8
**preparation** [2] - 21:13, 26:10
**prepare** [1] - 21:14
**prepared** [3] - 7:12, 10:13, 21:17
**prescribe** [1] - 12:2
**presentation** [1] - 23:20
**presented** [1] - 10:14
**president** [1] - 17:16
**presiding** [1] - 3:3
**presumably** [1] - 11:3
**presumed** [2] - 8:21, 10:7
**prevailed** [1] - 13:4
**prevented** [1] - 9:15
**previous** [1] - 24:16
**Pries** [5] - 11:22, 11:23, 12:2, 14:18, 15:8
**Pries'** [1] - 16:9
**primary** [1] - 12:5
**private** [5] - 16:4, 16:6, 16:17, 18:2
**problem** [3] - 12:1, 12:2, 25:8
**problems** [1] - 20:24
**Proceedings** [1] - 27:22
**process** [1] - 6:24
**professional** [2] - 18:22, 19:16
**Program** [1] - 18:25
**properly** [1] - 6:5
**propose** [1] - 19:21
**proposed** [1] - 22:7
**protect** [1] - 8:5
**protected** [1] - 8:8
**prove** [6] - 8:13, 8:16, 8:18, 8:25, 9:1, 9:3

**provide** [6] - 7:8, 7:19, 7:20, 11:20, 17:4, 18:3
**provided** [5] - 5:22, 5:25, 7:22, 11:10, 13:11
**provides** [2] - 16:25, 17:2
**providing** [1] - 11:5
**public** [5] - 8:7, 10:6, 18:8, 18:10, 18:11
**pumas** [1] - 15:23
**pursuant** [2] - 8:4, 9:20
**put** [2] - 22:23, 26:17

# Q

**qualifications** [1] - 18:21
**qualified** [2] - 7:16, 14:8
**quality** [1] - 17:4
**questions** [1] - 13:15
**quickly** [1] - 26:19
**quote** [1] - 5:24

# R

**radius** [1] - 19:2
**ran** [1] - 22:17
**Rapids** [2] - 2:4, 2:10
**reached** [1] - 18:25
**read** [2] - 6:18, 11:17
**Reade** [2] - 3:3, 4:6
**readiness** [1] - 19:11
**reading** [1] - 13:5
**ready** [4] - 5:6, 7:4, 19:6, 21:8
**really** [5] - 6:11, 6:19, 8:18, 16:11, 25:21
**reason** [2] - 6:8, 27:16
**receive** [1] - 7:6
**received** [1] - 26:3
**recent** [1] - 13:22
**recently** [1] - 6:11
**recess** [1] - 4:18
**record** [5] - 4:15, 17:9, 19:7, 21:16, 23:9
**records** [1] - 5:6
**regarding** [1] - 11:22
**region** [1] - 19:4
**rehabilitate** [1] - 17:5
**rehabilitation** [1] - 7:10
**relief** [7] - 6:10, 7:1, 7:2, 7:4, 7:21, 7:25, 24:3
**relieved** [1] - 18:8
**remain** [1] - 13:24
**remainder** [1] - 8:20
**remaining** [3] - 7:7, 7:14, 10:11
**remedy** [4] - 10:13, 10:15, 10:16
**remind** [4] - 8:24, 10:7, 10:22, 21:9
**repeat** [1] - 25:1
**report** [2] - 15:4, 15:20
**reported** [2] - 6:15, 12:17

Contact Document 329-8625 Filed Kay Carr.com to purchase a complete copy of the transcript.

reportedly [1] - 12:14
reports [3] - 6:13, 13:6, 16:10
representing [3] - 4:9, 4:25, 5:2
require [1] - 23:25
requirement [2] - 8:12, 25:13
requirements [2] - 23:13, 23:15
rescuing [1] - 17:12
respiratory [1] - 17:14
response [1] - 14:16
responsible [1] - 19:15
restraining [1] - 23:25
resume [1] - 19:7
retain [1] - 10:9
retained [1] - 12:25
reviewed [1] - 13:10
Road [1] - 2:10
roadside [1] - 18:2
rolling [1] - 25:18
Ross [2] - 17:15, 18:24
roughly [1] - 12:15
routinely [1] - 11:12
ruling [1] - 8:24
run [1] - 6:25

**S**

sanctuaries [1] - 23:3
sanctuary [2] - 15:1, 22:7
Sanctuary [3] - 7:5, 7:13, 19:10
save [1] - 27:18
scale [1] - 10:16
schedule [1] - 24:19
scheduled [2] - 5:10, 14:18
scheduling [1] - 24:6
Scoles [8] - 5:16, 9:6, 10:1, 11:7, 12:5, 22:15, 22:24, 23:17
Scoles' [2] - 11:18, 26:1
secure [2] - 7:4, 11:12
see [4] - 10:13, 10:19, 13:13, 25:21
seeing [1] - 27:15
seek [5] - 7:15, 7:21, 10:12, 10:16, 13:8
seeking [4] - 7:2, 8:24, 13:18, 20:14
seem [2] - 21:15, 21:18
seized [1] - 14:23
selecting [2] - 23:5, 23:11
Sellner [6] - 3:5, 11:24, 12:1, 15:21, 16:2, 21:9
Sellners [1] - 5:2
send [5] - 15:16, 16:21, 23:2, 23:3, 23:6
senior [1] - 17:15
sent [7] - 6:10, 6:19, 14:24, 14:25, 15:1, 16:18, 19:24
September [1] - 6:15
Service [1] - 9:23
session [1] - 3:2
set [3] - 8:16, 24:2, 26:23
several [2] - 3:11, 12:9
severely [1] - 17:15
share [1] - 16:14
shared [1] - 16:9
shivering [1] - 6:3
short [2] - 8:18, 20:18
Short [1] - 4:18
showing [1] - 17:14
shows [1] - 15:20
sic) [1] - 12:16
signs [3] - 12:19, 12:23, 13:25
single [1] - 6:18
sit [1] - 6:6
site [1] - 7:18
six [1] - 10:23
slower [1] - 4:3
small [1] - 17:21
Smithfield [1] - 15:17
smoothly [1] - 25:15
someone [3] - 6:10, 6:19, 25:5
sometimes [1] - 11:25
sore [1] - 6:6
sorry [5] - 3:22, 4:1, 25:1, 25:3, 26:13
sort [2] - 14:6, 18:18
sought [2] - 7:1, 11:14
sound [1] - 20:25
sounds [2] - 20:22, 25:19
speaking [1] - 4:5
species [4] - 8:5, 8:6, 8:8, 9:16
Species [9] - 5:18, 8:4, 9:7, 9:9, 10:3, 12:6, 18:25, 22:1, 23:14
specifically [2] - 10:18, 17:17
stand [2] - 6:5, 7:4
standard [1] - 8:2
standing [1] - 5:23
state [2] - 3:6, 7:11
statement [1] - 22:20
step [1] - 19:20
sterling [1] - 19:11
still [3] - 4:8, 6:13, 18:9
stood [1] - 6:3
stop [1] - 13:14
Street [1] - 2:4
stress [3] - 18:8, 18:12, 18:18
strong [1] - 16:20
structured [1] - 23:7
subject [1] - 16:7
substandard [3] - 17:1, 17:2, 18:3
success [5] - 8:14, 8:19, 8:23, 9:3, 14:2
succinctly [1] - 17:25
suffered [1] - 13:11
suggest [2] - 15:13, 15:15
suggesting [1] - 16:21
suggestion [1] - 16:17
suitable [1] - 10:12
Suite [1] - 2:4
suits [1] - 17:3
summary [1] - 9:2
summer [1] - 17:13
sunlight [1] - 6:4
Survival [1] - 18:25
survive [1] - 17:13
symptoms [1] - 11:25
Systems [2] - 8:1, 8:17

**T**

Tatum [1] - 3:14
teasing [1] - 18:15
telephone [3] - 11:16, 24:22, 25:6
telephonic [1] - 25:9
telephonically [1] - 12:3
temporary [1] - 23:24
terribly [1] - 6:2
testified [1] - 17:22
testify [1] - 24:21
testimony [2] - 24:21, 25:6
Texas [1] - 14:24
THE [41] - 3:1, 3:16, 3:21, 4:1, 4:8, 4:13, 4:20, 4:24, 5:3, 13:16, 14:11, 16:4, 16:9, 16:16, 18:5, 18:14, 19:14, 19:19, 19:25, 20:5, 20:8, 20:13, 20:20, 21:15, 22:3, 22:10, 23:18, 24:12, 24:23, 25:3, 25:10, 25:24, 26:3, 26:6, 26:13, 26:17, 26:25, 27:3, 27:6, 27:8, 27:14
themselves [1] - 3:19
theoretically [1] - 24:11
they've [1] - 15:22
thin [1] - 17:18
Thorson [10] - 4:23, 5:2, 14:15, 18:5, 19:20, 21:16, 22:4, 24:13, 25:3, 26:21
THORSON [20] - 2:10, 5:1, 14:17, 16:6, 16:11, 18:9, 19:23, 20:3, 20:6, 20:11, 20:18, 22:9, 22:13, 24:15, 26:12, 26:15, 26:22, 27:2, 27:12, 27:20
threatened [1] - 9:21
three [9] - 3:13, 4:14, 6:14, 9:24, 10:11, 10:23, 10:24, 10:25, 11:6
tigers [12] - 9:19, 10:1, 10:25, 11:6, 11:9, 11:21, 12:7, 12:9, 12:13, 15:22, 22:2, 22:16
timely [2] - 11:12, 11:22
tipped [1] - 8:8
today [8] - 5:18, 8:17, 8:25, 9:2, 10:15, 10:20, 13:13, 14:3
together [1] - 23:19
took [2] - 5:25, 24:7
top [1] - 7:9
top-notch [1] - 7:9
traditional [2] - 7:24, 8:11
transcript [2] - 25:25, 26:10
transfer [7] - 14:3, 16:25, 18:1, 22:5, 22:7, 22:15, 27:17
transferred [2] - 9:14, 9:19
transferring [1] - 20:15
transport [2] - 7:10, 7:12
travel [1] - 19:12
treat [1] - 9:7
treating [1] - 19:8
treatment [1] - 12:3
trial [17] - 6:15, 9:22, 11:2, 17:22, 19:21, 20:9, 21:9, 21:11, 21:24, 22:12, 23:9, 24:7, 24:16, 25:22, 26:7, 27:18
trucks [1] - 7:11
true [1] - 8:10
truth [1] - 23:11
try [1] - 24:19
trying [1] - 3:22
two [17] - 6:16, 9:13, 9:15, 11:9, 12:12, 13:24, 15:16, 15:23, 18:23, 20:23, 21:19, 23:20, 23:22, 24:1, 24:9, 24:11, 24:18
two-and-a-half [2] - 11:9, 24:9
typically [1] - 11:15

**U**

U.S [1] - 3:1
unaccredited [2] - 16:21, 18:2
under [3] - 10:8, 18:1, 21:6
underlie [1] - 10:11
undertake [1] - 21:13
unfortunately [2] - 9:22, 10:21
unless [2] - 13:15, 26:18
unnaturally [1] - 5:24
unreasonable [1] - 21:6
unwilling [1] - 21:2
up [7] - 3:22, 7:25, 14:12, 14:24, 15:1, 23:21, 26:19
urgency [1] - 5:11
urgent [1] - 14:9
USDA [7] - 6:12, 6:14, 13:5, 13:8, 15:17, 15:19,

Contact Kay Carr at 329-362-4120 or kay.carr@ao.com to purchase a complete copy of the transcript.

16:7
 USDA's [1] - 6:17

**V**

 Valerie [1] - 19:6
 veterinarian [12] - 7:17, 14:8, 14:9, 17:11, 17:21, 18:6, 18:20, 19:2, 19:3, 19:24, 20:22, 24:1
 veterinarian's [2] - 17:7, 21:19
 veterinary [8] - 5:20, 7:9, 7:18, 7:20, 11:13, 11:14, 11:20
 vetted [1] - 21:11
 vice [1] - 17:15
 video [5] - 5:21, 5:25, 16:13, 24:24, 25:12
 view [1] - 18:19
 violate [2] - 5:17, 9:9
 violating [4] - 5:17, 9:7, 12:6, 22:1
 violations [1] - 10:2
 visit [2] - 13:22, 24:1
 visited [3] - 17:23, 17:24, 17:25
 visitor [1] - 13:10
 visits [1] - 12:18

**W**

 walk [3] - 6:5, 10:10, 18:10
 walking [1] - 18:15
 warrant [1] - 7:2
 warranted [1] - 7:21
 weather [1] - 15:6
 week [2] - 19:22, 26:24
 weeks [1] - 9:24
 Welfare [1] - 23:14
 welfare [2] - 13:1, 13:5
 wept [1] - 13:13
 Wertz [1] - 2:3
 wholly [1] - 8:1
 Wild [3] - 7:5, 7:13, 19:9
 Wildlife [1] - 9:23
 willing [1] - 7:6
 willingness [1] - 19:12
 Wisconsin [2] - 14:24, 15:1
 witness [7] - 5:25, 13:23, 14:1, 17:23, 25:4, 26:16, 27:9
 witnesses [1] - 17:10
 won [1] - 8:21
 wondering [1] - 26:15
 words [1] - 17:20
 world [1] - 7:9
 write [1] - 13:8
 written [2] - 23:4, 23:24

**Y**

 year [5] - 6:15, 6:17, 9:5, 9:24, 13:23
 years [7] - 10:23, 12:15, 14:22, 17:12, 19:10, 20:7
 years-plus [1] - 14:22
 yesterday [5] - 14:19, 15:11, 16:12, 16:14, 17:24
 yourself [1] - 22:6

**Z**

 Zoo [11] - 6:11, 7:18, 10:22, 10:24, 12:16, 13:2, 15:2, 17:16, 18:25, 19:3, 19:12
 zoo [16] - 6:14, 6:16, 6:19, 12:16, 12:18, 13:10, 13:19, 14:17, 15:9, 16:4, 16:7, 16:17, 18:2, 19:16, 19:24, 20:15
 Zoos [1] - 19:1
 zoos [1] - 19:4

Contact MCCUMBER at 319-362-1543 or kay@aol.com to purchase a complete copy of the transcript.