# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

TRACEY K. KUEHL et al.,

       Plaintiffs,

vs.

PAMELA SELLNER et al.,

       Defendants.

No. 16-CV-2078-LRR

**ORDER**

_____

It has been brought to the court's attention that this action has been settled by the parties and that no further proceedings are contemplated. Unless a stipulation of dismissal or request for extension of time is filed by no later than thirty days from the date of this Order, this case will be dismissed with prejudice.

**IT IS SO ORDERED.**

**DATED** this 28th day of July, 2016.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA