UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>          Plaintiffs,<br>   v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>          Defendants. | **Case No. C16-2078**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |

Pursuant to the parties' settlement and the Court's Order dated July 28, 2016 (No. 23), Plaintiffs Tracey K. Kuehl, Lisa K. Kuehl, Kristine A. Bell, Nancy A. Harvey, John T. Braumann and Animal Legal Defense Fund hereby dismiss this action against Defendants Pamela and Tom Sellner and Cricket Hollow Zoo with prejudice, all parties to bear their own costs and fees.

Dated: August 5, 2016

        */s/ Daniel J. Anderson*
        Daniel J. Anderson (IA Bar No. 20215)
        WERTZ & DAKE
        1500 Center St. NE #101
        Cedar Rapids, IA 52402-5500
        Telephone: (319) 861-3001
        Fax: (319) 861-3007
        E-mail: danderson@wertzlaw.com
        Attorney for Plaintiffs

        */s/ Larry J. Thorson*
        Larry J. Thorson (PIN AT0007976)
        ACKLEY, KOPECKY & KINGERY, L.L.P.
        4056 Glass Rd. NE
        Cedar Rapids, IA 52402
        Telephone: (319) 393-9090
        Fax: (319) 393-9012
        E-mail: lthorson@akklaw.com
        Attorney for Defendants